# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 13, 2024

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

RE:  24-1522  State of Iowa, et al v. SEC

Dear Counsel:

We have received a petition for review of an order of the U.S. Securities and Exchange Commission in the above case, together with electronic card payment in the amount of $600 for the docket fee.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The petition has been filed and docketed. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc: Philip J. Axt
Megan Barbero
Christopher A. Bates
Jonathan Andrew Berry
Nicholas J. Bronni
Christian Brian Corrigan
Vanessa Countryman
Joshua Divine
Alan M. Hurst
Dylan L. Jacobs
R. Trent McCotter
Charles David McGuigan
Grant Donald Strobl
Joshua N. Turner
Patrick Cannon Valencia

District Court/Agency Case Number(s): Release No 33-11275
Release No 34-99678
File No. S7-10-22

**Caption For Case Number: 24-1522**

State of Iowa; State of Arkansas; State of Idaho; State of Missouri; State of Montana; State of Nebraska; State of North Dakota; State of South Dakota; State of Utah; American Free Enterprise Chamber of Commerce

        Petitioners

v.

United States Securities and Exchange Commission

        Respondent

**Addresses For Case Participants:   24-1522**

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Philip J. Axt
ATTORNEY GENERAL'S OFFICE
600 E. Boulevard Avenue
Bismarck, ND  58505-0000

Megan Barbero
U.S. SECURITIES & EXCHANGE COMMISSION
Office of General Counsel
100 F Street, N.E.
Washington, DC  20549-9040

Christopher A. Bates
ATTORNEY GENERAL'S OFFICE
160 E. 300 S.
P.O. Box 140856
Salt Lake City, UT  84114-0857

Jonathan Andrew Berry
BOYDEN & GRAY
Suite 350
801 17th Street, N.W.
Washington, DC  20006

Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Christian Brian Corrigan
ATTORNEY GENERAL'S OFFICE
215 N. Sanders
P.O. Box 201401
Helena, MT  59620-1401

Vanessa Countryman
SECURITIES AND EXCHANGE COMMISSION
Office of the Secretary
100 F. Street, N.E.
Mail Stop 1090
Washington, DC  20549-1090

Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Alan M. Hurst
ATTORNEY GENERAL'S OFFICE
700 W. Jefferson
P.O. Box 83720
Boise, ID  83720-0010

Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

R. Trent McCotter
BOYDEN & GRAY
Suite 350
801 17th Street, N.W.
Washington, DC  20006

Charles David McGuigan
ATTORNEY GENERAL'S OFFICE
Suite 1
1302 E. Highway 14
Pierre, SD  57501-8501

Grant Donald Strobl
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Joshua N. Turner
ATTORNEY GENERAL'S OFFICE
700 W. Jefferson
P.O. Box 83720
Boise, ID  83720-0010

Patrick Cannon Valencia
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001