IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF IOWA, STATE OF ARKANSAS, STATE OF IDAHO, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF SOUTH DAKOTA, STATE OF UTAH, and AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,

Petitioners,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Respondent.

No. 24-_____



24-1522

FILED
MAR 12 2024
MICHAEL GANS
CLERK OF COURT

PETITION FOR REVIEW

RECEIVED
MAR 12 2024
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

RECEIVED
MAR 12 2024
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Petitioners certifies that the following is a complete list of interested persons as a required by Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rules 26.1-1:

State of Iowa, Petitioner

State of Arkansas, Petitioner

State of Idaho, Petitioner

State of Missouri, Petitioner

State of Montana, Petitioner

State of Nebraska, Petitioner

State of North Dakota, Petitioner

State of South Dakota, Petitioner

State of Utah, Petitioner

American Free Enterprise Chamber of Commerce, Petitioner

United States Securities and Exchange Commission, Respondent

Brenna Bird, Attorney for Petitioner

Eric H. Wessan, Attorney for Petitioner

Patrick Valencia, Attorney for Petitioner

Tim Griffin, Attorney for Petitioner

Nicholas J. Bronni, Attorney for Petitioner

Dylan L. Jacobs, Attorney for Petitioner

Raúl R. Labrador, Attorney for Petitioner

Joshua N. Turner, Attorney for Petitioner

Alan M. Hurst, Attorney for Petitioner

Bailey, Attorney for Petitioner

Joshua M. Divine, Attorney for Petitioner

Austin Knudsen, Attorney for Petitioner

Christian Corrigan, Attorney for Petitioner

Michael T. Hilgers, Attorney for Petitioner

Grant D. Strobl, Attorney for Petitioner

Drew H. Wrigley, Attorney for Petitioner

Philip Axt, Attorney for Petitioner

Marty J. Jackley, Attorney for Petitioner

Charles McGuigan, Attorney for Petitioner

Paul S. Swedlund, Attorney for Petitioner

Sean D. Reyes, Attorney for Petitioner

Christopher A. Bates, Attorney for Petitioner

R. Trent McCotter, Attorney for Petitioner

Jonathan Berry, Attorney for Petitioner

Michael Buschbacher, Attorney for Petitioner

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

# PETITION FOR REVIEW

Under Section 9(a) of the Securities Act of 1933, 15 U.S.C. § 77i, 15 U.S.C. § 78y(b), Section 706 of the Administrative Procedure Act, 5 U.S.C. § 706, and Federal Rule of Appellate Procedure 15(a), the States of Iowa, Arkansas, Idaho, Missouri, Montana, Nebraska, North Dakota, South Dakota, Utah, and American Free Enterprise Chamber of Commerce, petition this Court for review of the final agency action taken by Respondent United States Securities and Exchange Commission entitled, "The Enhancement and Standardization of Climate-Related Disclosures for Investors," Release Nos. 33-11275 and 34-99678. Petitioners have attached a copy of that final rule. The Commission adopted this rule at an open meeting on March 6, 2024, by a 3-2 vote.

Petitioners will show that the final rule exceeds the agency's statutory authority and otherwise is arbitrary, capricious, an abuse of discretion, and not in accordance with law. Petitioners thus ask that this Court declare unlawful and vacate the Commission's final action.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
Eric H. Wessan
Solicitor General
Patrick Valencia
Deputy Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*


TIM GRIFFIN
Attorney General of Arkansas

*s/ Nicholas J. Bronni*
Nicholas J. Bronni
Solicitor General
Dylan L. Jacobs
Deputy Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY
GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov

*Counsel for the State of Arkansas*

RAÚL R. LABRADOR
Attorney General of Idaho

/s/ Joshua N. Turner
Joshua N. Turner
Chief of Constitutional Litigation and
Policy
Alan M. Hurst

Solicitor General
Office of the Idaho Attorney General
P.O. Box 83720 Boise, Idaho 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov Counsel for
State of Idaho

ANDREW T. BAILEY
Attorney General of Missouri

/s/ *Joshua M. Divine*
Joshua M. Divine, 69875MO
Solicitor General
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

AUSTIN KNUDSEN
Attorney General of Montana

/s/ Christian B. Corrigan
Christian B. Corrigan
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for the State of Montana*

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ *Grant D. Strobl*
Grant D. Strobl

Assistant Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Grant.Strobl@nebraska.gov

*Counsel for the State of Nebraska*

MARTY J. JACKLEY
Attorney General of South Dakota

/s/ Charles McGuigan
Charles McGuigan
Deputy Attorney General
Paul S. Swedlund
Solicitor General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
605-773-3215
charles.mcguigan@state.sd.us

*Counsel for the State of South Dakota*

DREW H. WRIGLEY
Attorney General of North Dakota

/s/ *Philip Axt*
Philip Axt
Solicitor General
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505

Phone: (701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*

SEAN D. REYES
Attorney General of Utah

/s/ *Christopher A. Bates*
Christopher A. Bates
Deputy Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
chrisbates@agutah.gov

*Counsel for the State of Utah*

/s/ *R. Trent McCotter*
R. Trent McCotter
Jonathan Berry
Michael Buschbacher
BOYDEN GRAY PLLC
801 17th St. NW, Suite 350
Washington, DC 20006
Telephone: (202) 706-5488
tmccotter@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce*

Dated: March 12, 2024

# CERTIFICATE OF SERVICE

I certify that, on March 12, 2024, I electronically filed the foregoing Petition for Review with the United States Court of Appeals for the Eighth Circuit through the Court's CM/ECF system.

I further certify that, on March 12, 2024, I will cause ten true and correct copies of this Petition, having been stamped by the Court with the date of filing, to be served on the Secretary and the Office of the Secretary at the Commission's Headquarters by U.S. Mail and Federal Express at this address:

Vanessa A. Countryman
Secretary
Securities and Exchange Commission
100 F. Street NE
Washington, D.C. 20549-1090

**The Petition is being submitted to the Commission pursuant to 28 U.S.C. § 2112 by the persons who filed the Petition in the court of appeals.** *See* 17 C.F.R. § 201.490.

/s/ Eric H. Wessan
Eric H. Wessan