

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

**OFFICE OF THE**
**GENERAL COUNSEL**

**John R. Rady**
202-551-4997
radyjo@sec.gov

March 19, 2024

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: *State of Iowa, et al. v. SEC* (No. 24-1522)

Dear Mr. Gans:

    In accordance with Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Securities and Exchange Commission hereby notifies the Court that on March 19, 2024, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

    Respectfully submitted,

<u>/s/ John R. Rady</u>
John R. Rady
Appellate Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4997 (Rady)
radyjo@sec.gov
*Counsel for Respondent*
*Securities and Exchange Commission*