

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

| | |
|---|---|
| **OFFICE OF THE**<br>**GENERAL COUNSEL** | **John R. Rady**<br>202-551-4997<br>radyjo@sec.gov |

March 22, 2024

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re:   *State of Iowa, et al. v. SEC* (No. 24-1522)

Dear Mr. Gans:

     In accordance with Panel Rule 25.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Securities and Exchange Commission hereby notifies the Court that on March 21, 2024, the Judicial Panel on Multidistrict Litigation issued a consolidation order (copy attached) in the above referenced case. As that order notes, the Panel consolidated the petitions in the Eighth Circuit. Per Panel Rule 25.5(b), the consolidation is "effective when the Clerk of the Panel enters the consolidation order."

     Respectfully submitted,

/s/ John R. Rady
John R. Rady
Appellate Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4997
radyjo@sec.gov
*Counsel for Respondent*
*Securities and Exchange Commission*