**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: SECURITIES AND EXCHANGE COMMISSION,
THE ENHANCEMENT AND STANDARDIZATION
OF CLIMATE-RELATED DISCLOSURES FOR
INVESTORS, ISSUED ON MARCH 6, 2024                    MCP No. 180

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

    The Securities and Exchange Commission, issued an amendment to its rules on March 6, 2024.  On March 19, 2024, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order.  The notice included petitions for review pending in six circuit courts of appeal as follows: Second Circuit Court, Fifth Circuit Court, Sixth Circuit Court, Eighth Circuit Court, Eleventh Circuit Court, and District of Columbia Circuit Court.

    The Panel has randomly selected the United States Court of Appeals for the Eighth Circuit in which to consolidate these petitions for review.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Eighth Circuit and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

_____
Chelsea Thomas; Case Administrator
Random Selector

_____
Ajonee Miller; Case Administrator
Witness

**IN RE: SECURITIES AND EXCHANGE COMMISSION, THE ENHANCEMENT AND STANDARDIZATION OF CLIMATE-RELATED DISCLOSURES FOR INVESTORS, ISSUED ON MARCH 6, 2024**  **MCP No. 180**

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Second Circuit, No. 24-707 | Natural Resourcés Defense Counsil, Inc v. SEC |
| Fifth Circuit, No. 24-60109 | Liberty Energy, Inc., et al. v. SEC |
| Fifth Circuit, No. 24-60109 | State of Louisiana, et al. v. SEC |
| Fifth Circuit, No. 24-60109 | Texas Alliance of Energy Producers, et al. v. SEC |
| Fifth Circuit, No. 24-60109 | Chamber of Commerce of the United States of America, et al. v. SEC |
| Sixth Circuit, No. 24-3220 | Ohio Bureau of Workers' Compensation, et al. v. SEC |
| Eighth Circuit, No. 24-1522 | State of Iowa, et al. v. SEC |
| Eleventh Circuit, No. 24-10679 | State of West Virginia, et al. v. SEC |
| DC Circuit, No. 24-1067 | Sierra Club, et al. v. SEC, et al |