# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1522

State of Iowa, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

---

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

---

## ORDER

The stay of proceedings previously granted in this case is vacated. No further action is required at this time. Further directions will be provided once all cases listed in the Judicial Panel on Multidistrict Litigation's March 21, 2024 order in MCP No. 180 are received and docketed in this court.

March 25, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans