# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __State of Iowa_____ vs. __SEC_____

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-1522_____ for the following party(s): (please specify)

American Free Enterprise Chamber of Commerce

[ ] Appellant(s)  [✔] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __R. Trent McCotter_____ s/: __R. Trent McCotter_____

Firm Name: __Boyden Gray PLLC_____

Business Address: __801 17th St. NW, Suite 350_____

City/State/Zip: __Washington, DC 20006_____

Telephone Number (Area Code): __202-706-5488_____

Email Address: __tmccotter@boydengray.com_____

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on __3/27/24_____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: