# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Sierra Club, et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. Securities and Exchange Commission and Gary Gensler, <br><br> Respondent. | No. 24-1633 <br><br> *Consolidated with* Nos. 24-1522, 24-1623, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1633, 24-1634, 24-1685 |
| Natural Resources Defense Council, Inc. <br><br> Petitioner, <br><br> v. <br><br> U.S. Securities and Exchange Commission, <br><br> Respondent. | No. 24-1623 <br><br> *Consolidated with* Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1633, 24-1634, 24-1685 |

## PETITIONERS SIERRA CLUB, SIERRA CLUB FOUNDATION, AND NATURAL RESOURCES DEFENSE COUNCIL'S RESPONSE TO MOTIONS TO INTERVENE

The Sierra Club and Sierra Club Foundation, the petitioners in Case No. 24-1633, and Natural Resources Defense Council (NRDC), the petitioner in Case No. 24-1623, do not oppose the motion for leave to intervene filed by Massachusetts, the District of Columbia, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maryland, Michigan, Minnesota, Nevada, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin to intervene as respondents in these consolidated cases. *See* Case Nos. 24-1522 *et al.*, Motion to Intervene as Respondents (Apr. 3, 2024) [5380130]. NRDC, Sierra Club, and Sierra Club Foundation also do not

1

oppose the motion for leave to intervene filed by the United States Chamber of Commerce and Longview Chamber of Commerce. *See* Case Nos. 24-1623, 24-1633, Motion to Intervene as Respondents (Apr. 11, 2024) [5382776].

Dated: April 15, 2024

Respectfully submitted,

*/s/ Hana Vizcarra*
Hana Vizcarra
Adrienne Lee
Deena Tumeh
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
hvizcarra@earthjustice.org
alee@earthjustice.org
dtumeh@earthjustice.org
*Counsel for Sierra Club and Sierra Club Foundation*

*/s/ Andres Restrepo* [by permission]
Andres Restrepo
Sierra Club
50 F St., NW, Eighth Floor
Washington, DC 20001
(856) 240-0964
Andres.Restrepo@sierraclub.org
*Counsel for Sierra Club*

*/s/Thomas Zimpleman* [by permission]
Thomas Zimpleman
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
Email: tzimpleman@nrdc.org
*Counsel for Natural Resources Defense Council*

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 129 words.

*/s/ Hana Vizcarra*
Hana Vizcarra

## CERTIFICATE OF SERVICE

I certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Hana Vizcarra*
Hana Vizcarra