# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1522

State of Iowa, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1623

Natural Resources Defense Council, Inc.

Petitioner

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1624

Liberty Energy, Inc. and Nomad Proppant Services, LLC

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1626

Texas Alliance of Energy Producers and Domestic Energy Producers Alliance

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1627

State of Louisiana, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1628

Chamber of Commerce of the United States of America, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1631

Ohio Bureau of Workers' Compensation, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1633

Sierra Club and Sierra Club Foundation

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

No: 24-1634

State of West Virginia, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

Petitions for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

**ORDER**

The motion for leave to intervene on behalf of the respondent United States Securities and Exchange Commission is granted. District of Columbia, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maryland, State of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, and State of Wisconsin have been added to these cases as intervenors.

April 29, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Stephanie N. O'Banion