BOYDEN GRAY PLLC
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

June 3, 2024

Honorable Michael E. Gans
Clerk of the Court
U.S. Court of Appeals for the Eighth Circuit
111 South 10th St.
St. Louis, MO 63102

Re: Blanket Consent for *Amicus* Briefs in *Liberty Energy Inc. v. SEC*, No. 24-1624 (8th Cir.), consolidated with *State of Iowa v. SEC*, No. 24-1522 *et al.*

Mr. Gans:

    Petitioners in *Liberty Energy Inc. v. SEC*, No. 24-1624, hereby give blanket consent to the filing of *amicus curiae* briefs in support of Petitioners, Respondent, or neither party.

/s/ R. TRENT MCCOTTER
*Counsel of Record for Petitioners
Liberty Energy Inc. and Nomad
Proppant Services*

BOYDEN GRAY PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

cc: All Counsel