**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 10, 2024

John Robert Rady
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Mail Stop 9040
Washington, DC  20549

      RE:  24-1522  State of Iowa, et al v. SEC
              24-1624  Liberty Energy, Inc., et al v. SEC
              24-1626  Texas Alliance of Energy Producers, et al v. SEC
              24-1627  State of Louisiana, et al v. SEC
              24-1628  Chamber of Commerce of the U.S.A., et al v. SEC
              24-1631  OH Bureau of Workers' Comp., et al v. SEC
              24-1634  State of West Virginia, et al v. SEC
              24-1685  National Legal & Policy Center, et al v. SEC
              24-2173  National Center for Public Policy Research v. SEC

Dear Counsel of Record:

     Please be advised that this court received a new petition for review today on transfer from the U.S. Court of Appeals for the Third Circuit filed by Petitioner National Center for Public Policy Research (Third Circuit Case No. 24-1814).  The case has been opened in our court and assigned Case No. 24-2173.

     The briefing schedule issued by this Court on May 20, 2024,  in the above referenced cases was also issued in 24-2173.  The briefing schedule will remain in effect and no changes have been made.

                                                            Maureen W. Gornik
                                                             Acting Clerk of Court

CMH

Enclosure(s)

cc: Jacob M. Abrahamson
    Jorge Benjamin Aguinaga
    Aletheia V.P. Allen
    Philip J. Axt
    Tyler S. Badgley
    James Stuart Baehr
    Megan Barbero
    James A. Barta
    Jonathan Bashi
    Jonathan Andrew Berry
    Jonathan Bond
    Nicholas J. Bronni
    Alison Carney
    Christopher Michael Carr
    Christian Brian Corrigan
    Vanessa Countryman
    Joshua Divine
    Andrew N. Ferguson
    Lynn Fitch
    Thomas Elliot Gaiser
    Kevin Michael Gallagher
    Samuel R. V. Garland
    Paul Garrahan
    Garry M. Gaskins II
    Steven J. Goldstein
    William Grantham
    Tracey A. Hardin
    Whitney D. Hermandorfer
    Jacob H. Huebert
    Michele Ann Hunton
    Alan M. Hurst
    Thomas T. Hydrick
    Dylan L. Jacobs
    Jason E. James
    Julia Erica Jonas-Day
    Daryl L. Joseffer
    Glenn S. Kaplan
    Vanessa L. Kassab
    Shayln Kettering
    Yuriy Korol
    Matthew F. Kuhn
    Edmund G. LaCour Jr.
    Jennifer L. Lewis
    Sheng Li
    Victor B. Maddox
    Justin L. Matheny
    Brian C. McCarty
    R. Trent McCotter
    Charles David McGuigan
    William Milks
    Michael E. Moody

Andrew J. Morris
Bradley J. Motl
Elizabeth B. Murrill
 No Clerk
Caleb Orr
Kevin R. Palmer
Autumn Hamit Patterson
Rachel K. Paulose
Ken Paxton
Stephen John Petrany
Ashwin P. Phatak
Stanford Purser
Ewan C. Rayner
James Matthew Rice
Brian Alan Richman
Eugene Scalia
Ryan Schelhaas
Max E. Schulman
Jeffrey Michael Schwab
Lindsay Sara See
Kaelah M. Smith
Mathura Sridharan
Daniel Staroselsky
Heidi Parry Stern
Grant Donald Strobl
Peter N. Surdo
Joshua N. Turner
Patrick Cannon Valencia
Luke A. Wake
Eric H. Wessan
Michael Ray Williams
Wesley Scott Williams
Katherine C. Yarger
Hannah Yindra

District Court/Agency Case Number(s):  Release No 33-11275
Release No 34-99678
File No. S7-10-22