# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF IOWA, et al., *Petitioners*, v. SECURITIES AND EXCHANGE COMMISSION, *Respondent*, DISTRICT OF COLUMBIA, et al., *Intervenors.* | No. 24-1522 *Consolidated with* Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, 24-2173 |

**JOINT MOTION FOR LEAVE TO FILE DEFERRED JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c) and Eighth Circuit Rules 27A(a)(4) and 30A(b)(2), petitioners, respondent, and intervenors in the above-captioned consolidated cases respectfully jointly move for leave to file a deferred joint appendix to the briefs. The parties submit that this manner of proceeding is the most efficient way to proceed especially in light of the number of parties and the size of the administrative record. Deferring preparation of the appendix would better enable the parties to "confine the matter reproduced in the appendix to that which is essential to a determination of" these consolidated cases "[o]nce the argument on [all] sides is known." Fed. R. App. P. 30(c) advi-

1

sory committee's note (1967 amendment); see *ibid.* (1970 amendment) ("In cases involving lengthy records, permission to defer filing of the appendix should be freely granted" so that "the parties [can] include in the appendix only matter that the briefs show to be necessary for consideration by the judges."). That approach is also consistent with this Court's practice in other recent cases arising in a similar posture. See, *e.g.*, Order, No. 24-1179 et al. (8th Cir. Apr. 20, 2024) (approving use of deferred appendix in consolidated petitions for review of agency action).

Accordingly, the parties respectfully request that the Court grant leave to file a deferred appendix and adopt the following deadlines in addition to those specified in the Court's order dated May 20, 2024:

Deferred appendix due September 10, 2024.

Final briefs due September 17, 2024.

Dated:  June 14, 2024

/s/ John R. Rady
John R. Rady
Appellate Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4997
radyjo@sec.gov

*Counsel for Respondent*
*Securities and Exchange Commission*


BRENNA BIRD
Iowa Attorney General

/s/ Eric Wessan
ERIC WESSAN
*Solicitor General*
/s/ Patrick C. Valencia
PATRICK C. VALENCIA
*Deputy Solicitor General*
Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

*Counsel for State of Iowa*

Respectfully submitted,

/s/ Eugene Scalia
Eugene Scalia
Jonathan C. Bond
Max E. Schulman
Brian C. McCarty
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
EScalia@gibsondunn.com

Brian A. Richman
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

*Counsel for Petitioners Chamber*
*of Commerce of the United States*
*of America, Texas Association of*
*Business, and Longview Chamber*
*of Commerce*

Daryl Joseffer
Tyler S. Badgley
Kevin R. Palmer
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C.  20062
(202) 463-5337

*Counsel for Petitioner Chamber of*
*Commerce of the United States of*
*America*

3

CHRISTOPHER M. CARR
Georgia Attorney General

/s/ *Stephen J. Petrany*
STEPHEN J. PETRANY
*Solicitor General*
Office of the Attorney General
of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

DAVE YOST
Ohio Attorney General

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER
Solicitor General
MATHURA J. SRIDHARAN
Deputy Solicitor General
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Counsel for Ohio Bureau of Workers' Compensation*

PATRICK MORRISEY
West Virginia
Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS
*Solicitor General*
Office of the Attorney
General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of
West Virginia*

TREG TAYLOR
Alaska Attorney General

/s/ *William Milks*
WILLIAM MILKS
*Assistant Attorney General*
BEN HOFMEISTER
*Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
bill.milks@alaska.gov
ben.hofmeister@alaska.gov

*Counsel for State of Alaska*

TIM GRIFFIN
Arkansas Attorney General

s/ *Nicholas J. Bronni*
NICHOLAS J. BRONNI
Solicitor General
DYLAN L. JACOBS
Deputy Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov

*Counsel for the State of Arkansas*

RAÚL R. LABRADOR
Attorney General of Idaho

/s/ *Joshua N. Turner*
JOSHUA N. TURNER
Chief of Constitutional Litigation and Policy
ALAN M. HURST
Solicitor General
Office of the Idaho Attorney General
P.O. Box 83720 Boise, Idaho 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov

*Counsel for State of Idaho*

STEVE MARSHALL
Alabama Attorney General

/s/ *Edmund G. LaCour Jr.*
EDMUND G. LACOUR JR.
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

THEODORE E. ROKITA
Indiana Attorney General

/s/ *James A. Barta*
JAMES A. BARTA
*Solicitor General*
Office of the Attorney General of Indiana
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
James.Barta@atg.in.gov

*Counsel for State of Indiana*

RUSSELL COLEMAN
Kentucky Attorney General

/s/ *Matthew F. Kuhn*
MATTHEW F. KUHN
Solicitor General
VICTOR B. MADDOX
Counsel for Special Litigation
JACOB M. ABRAHAMSON
Assistant Solicitor General
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Matt.Kuhn@ky.gov
Victor.Maddox@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for the Commonwealth of Kentucky*

ANDREW T. BAILEY
Missouri Attorney General

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, 69875MO
Solicitor General
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

AUSTIN KNUDSEN
Montana Attorney General

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for the State of Montana*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ *Grant D. Strobl*
GRANT D. STROBL
Assistant Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Grant.Strobl@nebraska.gov

*Counsel for the State of Nebraska*

JOHN M. FORMELLA
New Hampshire Attorney General

/s/ *Samuel R.V. Garland*
SAMUEL R.V. GARLAND
*Senior Assistant Attorney General*
New Hampshire Department of Justice
1 Granite Place
Concord, NH 03301
(603) 271-3650
samuel.rv.garland@doj.nh.gov

*Counsel for State of New Hampshire*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Philip Axt*
PHILIP AXT
Solicitor General
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*

GENTNER DRUMMOND
Oklahoma Attorney General

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II
*Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for State of Oklahoma*

ALAN WILSON
South Carolina Attorney General

/s/ *Thomas T. Hydrick*
THOMAS T. HYDRICK
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, SC 29201
(803) 734-4127
thomashydrick@scag.gov

*Counsel for State of South Carolina*

MARTY J. JACKLEY
South Dakota Attorney General

/s/ *Charles McGuigan*
CHARLES MCGUIGAN
Deputy Attorney General
Paul S. Swedlund
Solicitor General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
605-773-3215
charles.mcguigan@state.sd.us

*Counsel for the State of South Dakota*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

/s/ *J. Matthew Rice*
J. MATTHEW RICE
Solicitor General
WHITNEY HERMANDORFER
Director of Strategic Litigation
Office of the Attorney General and Reporter of Tennessee
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
matt.rice@ag.tn.gov

*Counsel for the State of Tennessee*

SEAN D. REYES
Utah Attorney General

/s/ *Christopher A. Bates*
CHRISTOPHER A. BATES
Deputy Solicitor General
350 N. State Street,
Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
chrisbates@agutah.gov

*Counsel for the State of Utah*

JASON MIYARES
Virginia Attorney General

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER
*Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Commonwealth of Virginia*

BRIDGET HILL
Wyoming Attorney General

/s/ Ryan Schelhaas
RYAN SCHELHAAS
*Chief Deputy*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*

/s/ R. Trent McCotter
R. TRENT MCCOTTER
JONATHAN BERRY
MICHAEL BUSCHBACHER
BOYDEN GRAY PLLC
801 17th St. NW, Suite 350
Washington, DC 20006
Telephone: (202) 706-5488
tmccotter@boydengray.com

*Counsel for Liberty Energy, Inc., Nomad Proppant Services, LLC, and American Free Enterprise Chamber of Commerce*

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga
  *Solicitor General*
Autumn Hamit Patterson
  *Special Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagaj@ag.louisiana.gov

*Counsel for Petitioner State of Louisiana*

LYNN FITCH
Attorney General of Mississippi

/s/ Justin L. Matheny
Justin L. Matheny
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Petitioner State of Mississippi*

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
James Lloyd
Deputy Attorney General for Civil Litigation
Kellie E. Billings-Ray
Chief, Environmental Protection Division

/s/ *Wesley S. Williams*
Wesley S. Williams
  *Assistant Attorney General*
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012
Wesley.Williams@oag.texas.gov

*Counsel for Petitioner State of Texas*

/s/ *Andrew J. Morris*
Andrew J. Morris
Sheng Li
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
andrew.morris@ncla.legal

*Counsel for Petitioner National Center for Public Policy Research*

/s/ *Luke A. Wake*
LUKE A WAKE
Pacific Legal Foundation
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
LWake@pacificlegal.org

RACHEL K. PAULOSE
Pacific Legal Foundation
3100 Clarendon Blvd.,
Ste. 1000
Arlington, VA 22201
Telephone: (202) 465-8734
RPaulose@pacificlegal.org

*Counsel for Petitioners Texas Alliance of Energy Producers and Domestic Energy Producers Alliance*

ANTHONY G. BROWN
Attorney General for Maryland

/s/ *Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Counsel for State of Maryland*

ANDREA JOY CAMPBELL
Attorney General for Massachusetts

/s/ *Glenn Kaplan*
GLENN KAPLAN
Assistant Attorney General & Chief
Insurance and Financial Services Division

JULIA JONAS-DAY
MICHELE HUNTON
Assistant Attorneys General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2453
glenn.kaplan@mass.gov
julia.jonas-day@mass.gov

*Counsel for State of Massachusetts*

KRISTIN K. MAYES
Attorney General for Arizona
/s/ *Kristin K. Mayes*
Office of the Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-7922
AGinfo@azag.gov

*Counsel for State of Arizona*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

/s/ *Ashwin P. Phatak*
ASHWIN P. PHATAK
Principal Deputy
Solicitor General

BRYAN J. LEITCH
MARCELLA COBURN
Assistant Attorneys General
Office of the Solicitor General
Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 805-7426
ashwin.phatak@dc.gov

*Counsel for District of Columbia*

WILLIAM TONG
Attorney General for Connecticut

/s/ *Kaelah M. Smith*
KAELAH M. SMITH
Assistant Attorney General
Connecticut Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
kaelah.smith@ct.gov

*Counsel for State of Connecticut*

ANNE E. LOPEZ
Attorney General of the State for Hawaiʻi

KALIKOʻONĀLANI D. FERNANDES
Solicitor General

/s/ Ewan C. Rayner
EWAN C. RAYNER
Deputy Solicitor General
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
ewan.rayner@hawaii.gov

*Counsel for State of Hawaii*

KEITH ELLISON
Attorney General for Minnesota

/s/ Peter N. Surdo
PETER N. SURDO
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 757-1061
Peter.surdo@ag.state.mn.us

*Counsel for State of Minnesota*

PHILIP J. WEISER
Attorney General for Colorado

SHANNON WELLS STEVENSON
Solicitor General

ERNEST LEE REICHERT III
Deputy Attorney General
Revenue and Regulatory Section

/s/ Shalyn Kettering
SHALYN KETTERING
Counsel to the Attorney General
Colorado Department of Law
Office of the Attorney General
1300 Broadway
Denver, CO 80203
(720) 508-6000

*Counsel for State of Colorado*

CHARITY R. CLARK
Attorney General for Vermont

/s/ Hannah Yindra
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

*Counsel for State of Vermont*

RAÚL TORREZ
Attorney General for New Mexico

WILLIAM GRANTHAM
Assistant Attorney General
Director, Environment Protection Division

/s/ Aletheia V.P. Allen
ALETHIA V.P. ALLEN
Solicitor General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 527-2776
Aallen.@nmdoj.gov

*Counsel for State of New Mexico*

ELLEN F. ROSENBLUM
Attorney General for Oregon

STEVE NOVICK
Special Assistant Attorney General

/s/ Paul Garrahan
PAUL GARRAHAN
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.state.or.us

*Counsel for State of Oregon*

KATHLEEN JENNINGS
Attorney General for Delaware

CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation

JILLIAN A. LAZAR
Director of Investor Protection

RALPH K. DURSTEIN III
Deputy Attorney General

/s/ Vanessa L. Kassab
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for State of Delaware*

JOSHUA L. KAUL
Attorney General for Wisconsin

/s/ Bradley J. Motl
BRADLEY J. MOTL
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-0505
motlbj@doj.state.wi.us

*Counsel for State of Wisconsin*

KWAME RAOUL
Attorney General for Illinois

MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division

/s/ *Jason E. James*
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(872) 276-3583
jason.james@ilag.gov

*Counsel for State of Illinois*

AARON D. FORD
Attorney General for Nevada

/s/ *Heidi Parry Stern*
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Counsel for State of Nevada*

DANA NESSEL
Attorney General for Michigan

AARON J. WALDEN
Assistant Attorney General

/s/ *Michael E. Moody*
MICHAEL E. MOODY
Assistant Attorney General
Special Litigation Division
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7627
moodym2@michigan.gov

*Counsel for State of Michigan*

PETER F. NERONHA
Attorney General for Rhode Island

SARAH W. RICE
Deputy Chief, Public Protection Bureau

/s/ *Alison Carney*
ALISON CARNEY
Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

*Counsel for State of Rhode Island*

LETITIA JAMES
Attorney General for New York

BARBARA D. UNDERWOOD
Solicitor General

ELIZABETH A. BRODY
Assistant Solicitor General

STEPHANIE L. TORRE
Assistant Attorney General
Executive Division

*/s/ Jonathan Bashi*
JONATHAN BASHI
Assistant Attorney General
Investor Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8564
Jonathan.Bashi@ag.ny.gov

*Counsel for State of New York*

ROBERT W. FERGUSON
Attorney General for Washington

SARAH REYNEVELD
Managing Assistant Attorney General, Environmental Protection Division

*/s/ Yuriy Korol*
YURIY KOROL
Assistant Attorney General
Environmental Protection Division
Washington State Attorney General's Office
800 5th Ave Suite 2000, TB-14
Seattle, WA 98104-3188

*Counsel for State of Washington*

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, an electronic copy of the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF system, and service will be accomplished on all registered counsel by the appellate CM/ECF system.

/s/ *Eugene Scalia*
Eugene Scalia
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
EScalia@gibsondunn.com

*Counsel of Record for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts exempted under Federal Rule of Appellate Procedure 27(d)(a)(2)(B), it contains 256 words.

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point New Century Schoolbook LT.

I further certify that this opposition has been scanned for viruses and is virus-free.

Dated: June 14, 2024

/s/ *Eugene Scalia*
Eugene Scalia
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
EScalia@gibsondunn.com

*Counsel of Record for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce*