# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Eric H. Wessan
**CC:** Jacob M. Abrahamson
Jorge Benjamin Aguinaga
Aletheia V.P. Allen
Philip J. Axt
Megan Barbero
James A. Barta
Jonathan Bashi
Jonathan Andrew Berry
Nicholas J. Bronni
Alison Carney
Christopher Michael Carr
Christian Brian Corrigan
Vanessa Countryman
Joshua Divine
Andrew N. Ferguson
Lynn Fitch
Thomas Elliot Gaiser
Kevin Michael Gallagher
Samuel R. V. Garland
Paul Garrahan
Garry M. Gaskins II
Steven J. Goldstein
William Grantham
Tracey A. Hardin
Whitney D. Hermandorfer
Michele Ann Hunton
Alan M. Hurst
Thomas T. Hydrick
Dylan L. Jacobs
Jason E. James
Julia Erica Jonas-Day
Glenn S. Kaplan
Vanessa L. Kassab
Shayln Kettering
Yuriy Korol
Matthew F. Kuhn
Edmund G. LaCour Jr.
Jennifer L. Lewis
Victor B. Maddox
Justin L. Matheny
R. Trent McCotter
Charles David McGuigan

William Milks
Michael E. Moody
Bradley J. Motl
Elizabeth B. Murrill
Autumn Hamit Patterson
Ken Paxton
Stephen John Petrany
Ashwin P. Phatak
Stanford Purser
John Robert Rady
Ewan C. Rayner
Sarah M. Reyneveld
James Matthew Rice
Ryan Schelhaas
Lindsay Sara See
Kaelah M. Smith
Mathura Sridharan
Daniel Staroselsky
Heidi Parry Stern
Grant Donald Strobl
Peter N. Surdo
Joshua N. Turner
Patrick Cannon Valencia
Michael Ray Williams
Wesley Scott Williams
Hannah Yindra

**FROM:** Britny N. Williams

**DATE:** June 17, 2024

**RE:** 24-1522  State of Iowa, et al v. SEC
24-1627  State of Louisiana, et al v. SEC
24-1631  OH Bureau of Workers' Comp., et al v. SEC
24-1634  State of West Virginia, et al v. SEC

Eighth Circuit Rule 28A(g)(5) requires appellant to submit an electronic version of the addendum with the opening brief. We did not receive an addendum from you at the time you filed your brief, and we cannot file the brief without the addendum. **Please review the provisions of 8th Cir. R. 28A(g) and provide an electronic version of the addendum using the event, Addendum Submitted for Review within five days of the date of this notice. The addendum should include a cover page like the brief's cover page and the judgment or order being appealed. Please make sure you uncheck the consolidated cases in the bottom left corner that are not listed above.** If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

Please do not submit paper copies of the brief and addendum until we have reviewed the addendum and sent you a Notice of Docket Activity informing you that the addendum has been accepted for filing. The paper copies of the brief and the addendum should be filed as a combined document. Please submit the required copies of the brief and addendum within five days of receipt of the Notice of Docket Activity stating the addendum has been filed.
If you have any questions, please contact our office.