# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Heather Gebelin Hacker
**CC:** Jacob M. Abrahamson
Jorge Benjamin Aguinaga
Aletheia V.P. Allen
Philip J. Axt
Tyler S. Badgley
James Stuart Baehr
Megan Barbero
James A. Barta
Jonathan Bashi
Jonathan Andrew Berry
Thomas Arthur Berry
Jonathan Bond
Nicholas J. Bronni
Michael Blandford Buschbacher
Alison Carney
Christopher Michael Carr
Alex Certo
Christian Brian Corrigan
Vanessa Countryman
Joshua Divine
Andrew N. Ferguson
Lynn Fitch
Thomas Elliot Gaiser
Kevin Michael Gallagher
Samuel R. V. Garland
Paul Garrahan
Garry M. Gaskins II
Steven J. Goldstein
William Grantham
Tracey A. Hardin
Neville Hedley
Whitney D. Hermandorfer
Jacob H. Huebert
Michele Ann Hunton
Alan M. Hurst
Thomas T. Hydrick
Dylan L. Jacobs
Jason E. James
Julia Erica Jonas-Day
Daryl L. Joseffer
Glenn S. Kaplan
Vanessa L. Kassab

Jared M. Kelson
Shayln Kettering
Yuriy Korol
Alex Kozinski
Wyatt Tiffany Kozinski
Matthew F. Kuhn
Edmund G. LaCour Jr.
Jennifer L. Lewis
Sheng Li
Victor B. Maddox
Justin L. Matheny
Brian C. McCarty
R. Trent McCotter
Charles David McGuigan
James McQuaid
William Milks
Michael E. Moody
Andrew Joseph Morris
Bradley J. Motl
Elizabeth B. Murrill
Larry James Obhof Jr.
Caleb Orr
Kevin R. Palmer
Autumn Hamit Patterson
Rachel K. Paulose
Ken Paxton
Michael David Pepson
Stephen John Petrany
Ashwin P. Phatak
Stanford Purser
John Robert Rady
Ewan C. Rayner
Sarah M. Reyneveld
James Matthew Rice
Brian Alan Richman
Timothy Rosenberger
Eugene Scalia
Ryan Schelhaas
Max E. Schulman
Jennifer J. Schulp
Jeffrey Michael Schwab
Lindsay Sara See
Ilya Shapiro
Kaelah M. Smith
Mathura Sridharan
Daniel Staroselsky
Heidi Parry Stern
Grant Donald Strobl
Peter N. Surdo
David C. Tryon
Joshua N. Turner
Patrick Cannon Valencia

Andrew N. Vollmer
Mark D. Wagoner
Luke A. Wake
Eric H. Wessan
John Marc Wheat
Michael Ray Williams
Wesley Scott Williams
Katherine C. Yarger
Hannah Yindra

**FROM:** Britny N. Williams

**DATE:** June 25, 2024

**RE:** 24-1522  State of Iowa, et al v. SEC
24-1624  Liberty Energy, Inc., et al v. SEC
24-1626  Texas Alliance of Energy Producers, et al v. SEC
24-1627  State of Louisiana, et al v. SEC
24-1628  Chamber of Commerce of the U.S.A., et al v. SEC
24-1631  OH Bureau of Workers' Comp., et al v. SEC
24-1634  State of West Virginia, et al v. SEC
24-1685  National Legal & Policy Center, et al v. SEC
24-2173  National Center for Public Policy Research v. SEC

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__  The caption should include the full name of the respondent and the intervenors. Please copy and paste the below caption onto the cover of your brief.

State of Iowa, et al.,
Petitioners,
v.
United States Securities and Exchange Commission,
Respondent.

District of Columbia, et al.
Intervenors

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.