# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Iowa, et al. vs. SEC

The Clerk will enter my appearance as Counsel in Appeal No. 24-1522 for the following party(s): (please specify)

Benjamin Zycher

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Alex Kozinski     s/: Alex Kozinski

Firm Name:

Business Address: 33 Marguerite Drive

City/State/Zip: Rancho Palos Verdes Ca 90275

Telephone Number (Area Code): (310) 541-5885

Email Address: alex@kozinski.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 6/24/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: