# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Eric H. Wessan
**CC:** Jorge Benjamin Aguinaga
Aletheia V.P. Allen
Philip J. Axt
Megan Barbero
James A. Barta
Jonathan Bashi
Jonathan Andrew Berry
Thomas Arthur Berry
Grady J. Block
Nicholas J. Bronni
Alison Carney
Christopher Michael Carr
Alex Certo
Christian Brian Corrigan
Vanessa Countryman
Leon F. DeJulius Jr.
Joshua Divine
Liz Dougherty
Andrew N. Ferguson
Lynn Fitch
Thomas Elliot Gaiser
Kevin Michael Gallagher
Samuel R. V. Garland
Paul Garrahan
Garry M. Gaskins II
Steven J. Goldstein
William Grantham
Heather Gebelin Hacker
Tracey A. Hardin
Neville Hedley
Whitney D. Hermandorfer
Nessa Horewitch Coppinger
Michele Ann Hunton
Alan M. Hurst
Thomas T. Hydrick
Dylan L. Jacobs
Jason E. James
Julia Erica Jonas-Day
Abhishek S. Kambli
Glenn S. Kaplan
Vanessa L. Kassab
Shayln Kettering

Yuriy Korol  
Alex Kozinski  
Wyatt Tiffany Kozinski  
Matthew F. Kuhn  
Edmund G. LaCour Jr.  
Jennifer L. Lewis  
Ivan L. London  
Traci L. Lovitt  
Brinton Lucas  
Victor B. Maddox  
Justin L. Matheny  
R. Trent McCotter  
Charles David McGuigan  
William Milks  
Michael E. Moody  
Bradley J. Motl  
Elizabeth B. Murrill  
Larry James Obhof Jr.  
Christopher Pagliarella  
Autumn Hamit Patterson  
Ken Paxton  
Michael David Pepson  
James H. Percival  
Stephen John Petrany  
Ashwin P. Phatak  
Stanford Purser  
John Robert Rady  
Ewan C. Rayner  
Sarah M. Reyneveld  
James Matthew Rice  
Timothy Rosenberger  
Ryan Schelhaas  
Jennifer J. Schulp  
Ilya Shapiro  
Brett A. Shumate  
Howard F. Sidman  
Kaelah M. Smith  
Mathura Sridharan  
Daniel Staroselsky  
Heidi Parry Stern  
Grant Donald Strobl  
Peter N. Surdo  
David Christian Tryon  
Joshua N. Turner  
Patrick Cannon Valencia  
Andrew N. Vollmer  
Mark D. Wagoner Jr.  
Jacob M. Abrahamson  
John Marc Wheat  
Michael Ray Williams  
Wesley Scott Williams  
Thomas A. Wilson

Hannah Yindra

**FROM:**     Britny N. Williams

**DATE:**     June 26, 2024

**RE:**       24-1522  State of Iowa, et al v. SEC
              24-1627  State of Louisiana, et al v. SEC
              24-1631  OH Bureau of Workers' Comp., et al v. SEC
              24-1634  State of West Virginia, et al v. SEC

         Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.


__ X __   The addendum filed on the docket is not included in your paper brief. Please mail in 10 single-sided copies of the addendum with blue covers and a certificate of service by **July 1, 2024**.