# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Iowa, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 **for the following party(s): (please specify)**

American Chemistry Council

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Nessa Horewitch Coppinger    s/: Nessa Horewitch Coppinger

Firm Name: Beveridge & Diamond PC

Business Address: 1900 N Street N.W., Suite 100

City/State/Zip: Washington, DC 20036

Telephone Number (Area Code): (202) 789-6063

Email Address: NCoppinger@bdlaw.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 6/26/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: