UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Iowa, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 for the following party(s): (please specify)

Amici Curiaw Law and Finance Professors

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ✔ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Heather Gebelin Hacker  s/: Heather Gebelin Hacker

Firm Name: Hacker Stephens LLP

Business Address: 108 Wild Basin Rd. South, Suite 250

City/State/Zip: Austin, Texas 78746

Telephone Number (Area Code): 512-399-3022

Email Address: heather@hackerstephens.com

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 6/28/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: