# CORRECTED CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of July 2024, all parties' counsel were served a paper copy of "Brief of Florida and Kansas As Amici Curiae Supporting All Petitioners in Support of Vacatur" in Case Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, 24-2173, via over-night mail, including to the addresses listed on the attached sheet.

*/s/ Allen L. Huang*
*Deputy Solicitor General*

**Patrick C. Valencia**
**Eric H. Wessan**
Hoover Bldg.
1305 E. Walnut St.
Des Moines, IA 50319-0001
(515) 281-5164
*eric.wessan@ag.iowa.gov*
*patrick.valencia@ag.iowa.gov*

*Counsel for the State of Iowa*

**Daryl Joseffer**
**Tyler S. Badgley**
**Kevin R. Palmer**
U.S. Chamber Litigation Center
1615 H. St., N.W.
Washington, D.C. 20062
(202) 463-5337

*Counsel for Petitioner Chamber of Commerce of the United States of America*

**Stephen J. Petrany**
Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
*spetrany@law.ga.gov*

*Counsel for the State of Georgia*

**Eugene Scalia**
**Jonathan C. Bond**
**Max E. Schulman**
**Brian C. McCarty**
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 955-8500
*escalia@gibsondunn.com*

**Brian A. Richman**
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
(214) 698-3100

*Counsel for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce*

**T. Elliot Gaiser**
**Mathura J. Sridharan**
Ohio Office of the Attorney General
365 E. Broad St.
Columbus, OH 43215
(614) 466-8980
*thomas.gaiser@ohioago.gov*

*Counsel for Ohio Bureau of Workers' Compensation*

**Michael R. Williams**
**Lindsay S. See**
Office of the Attorney General
West Virginia
State Capitol Complex
Bldg. 1, RM E-26
Charleston, WV 25301
(304) 558-2021
*michael.r.williams@wvago.gov*

*Counsel for the State of West Virginia*

**Nicholas J. Bronni**
**Dylan L. Jacobs**
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-6302
*nicholas.bronni@arkansasag.gov*

*Counsel for the State of Arkansas*

**Josh N. Turner**
**Alan M. Hurst**
Office of the Attorney General for Idaho
P.O. Box 83720
Boise, ID 83720
(208) 334-2400
*josh.turner@ag.idaho.gov*
*alan.hurst@ag.idaho.gov*

*Counsel for the State of Idaho*

**William Milks**
**Ben Hofmeister**
Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
*bill.milks@alaska.gov*
*ben.hofmeister@alaska.gov*

*Counsel for the State of Alaska*

**Edmund G. LaCour Jr.**
Office of the Attorney General for Alabama
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
*edmund.lacour@alabamaag.gov*

*Counsel for the State of Alabama*

**James A. Barta**
Office of the Attorney General for Indiana
IDC South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 323-0709
*james.barta@atg.in.gov*

*Counsel for the State of Indiana*

**Matthew F. Kuhn**
**Victor B. Maddox**
**Jacob M. Abrahamson**
Office of the Attorney General for Kentucky
700 Capital Ave., Suite 118
Frankfort, KY 40601
(502) 696-5300
*matt.kuhn@ky.gov*
*victor.maddox@ky.gov*
*jacob.abrahamson@ky.gov*

*Counsel for the Commonwealth of Kentucky*

**Joshua M. Divine**
Office of the Attorney General for Missouri
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
*josh.divine@ago.mo.gov*

*Counsel for the State of Missouri*

**Samuel R.V. Garland**
New Hampshire Department of Justice
1 Granite Place
Concord, NH 03301
(603) 271-3650
*samuel.rv.garland@doj.nh.gov*

*Counsel for the State of New Hampshire*

**Christian B. Corrigan**
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
*christian.corrigan@mt.gov*

*Counsel for the State of Montana*

**Grant D. Strobl**
Office of the Attorney General for Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
*grant.stroble@nebraska.gov*

*Counsel for the State of Nebraska*

**Thomas T. Hydrick**
Office of the Attorney General for South Carolina
1000 Assembly St.
Columbia, SC 29201
(803) 734-4127
*thomashydrick@scag.gov*

*Counsel for the State of South Carolina*

**Charles McGuigan**
**Paul S. Swedlund**
Office of the Attorney General for South Dakota
1302 East Highway 14, Ste. 1
Pierre, SD 57501-8501
(605) 773-3215
*charles.mcguigan@state.sd.us*

*Counsel for the State of South Dakota*

**J. Matthew Rice**
**Whitney Hermandorfer**
Office of the Attorney General for Tennessee
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-3491
*matt.rice@ag.tn.gov*

*Counsel for the State of Tennessee*

**Ryan Schelhaas**
Office of the Attorney General for Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
*ryan@schelhaas@wyo.gov*

*Counsel for the State of Wyoming*

**Stanford Purser**
Attorney General for the State of Utah
350 N. State Street
Suite 230
Salt Lake City, UT 84114-2320
(385) 382-4334
*spurser@agutah.gov*

*Counsel for the State of Utah*

**Kevin M. Gallagher**
Attorney General for the State of Virginia
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
*kgallagher@oag.state.va.us*

*Counsel for the Commonwealth of Virginia*

**Justin L. Matheny**
Attorney General for the State of Mississippi
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
*justin@matheny@ago.ms.gov*

*Counsel for Petitioner State of Mississippi*

**J. Benjamin Aguiñaga**
**Autumn H. Patterson**
Office of the Attorney General for Louisiana
1885 North Third St.
Baton Rouge, LA 70804
(225) 326-6766
*aguinagaj@ag.louisiana.gov*

*Counsel for Petitioner State of Louisiana*

**Megan Barbero**
**Vanessa Countryman**
**Tracey A. Hardin**
**John R. Rady**
**Daniel Staroselsky**
Securities and Exchange Commission
100 F. Street, NE
Washington, D.C. 20549
(202) 551-5774
*hardint@sec.gov*
*radyjo@sec.gov*
*staroselskyd@sec.gov*

*Counsel for Respondent Securities and Exchange Commission*

**R. Trent McCotter**
**Jonathan A. Berry**
BOYDEN GRAY PLLC
801 17th St. NW, Ste. 350
Washington, D.C. 20006
(202) 706-5488
*tmccotter@boydengray.com*

**Wesley S. Williams**
Office of the Attorney General for Texas
P.O. Box 12548, MC-066
Austin, TX 78711-2548
(512) 463-2012
*wesley.williams@oag.texas.gov*

*Counsel for Petitioner State of Texas*

**Luke A. Wake**
Pacific Legal Foundation
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
(916) 419-7111
*lwake@pacificlegal.org*

**Rachel K. Paulose**
Pacific Legal Foundation
3100 Clarendon Blvd., Ste. 1000
Arlington, VA 22201
(202) 465-8734
*rpaulose@pacificlegal.org*

*Counsel for Petitioners Texas Alliance of Energy Producers and Domestic Energy Producers Alliance*

**Philip J. Axt**
Office of the Attorney General for North Dakota
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
*pjaxt@nd.gov*

*Counsel for American Free Enterprise Chamber of Commerce, Liberty Energy, Inc., Nomad Proppant Services, LLC*

**Garry M. Gaskins, II**
**Jennifer L. Lewis**
Office of the Attorney General for Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921

*Counsel for the State of Oklahoma*

**Sheng Li**
**Andrew Joseph Morris**
New Civil Liberties Alliance
Suite 450
1225 19th Street, N.W.
Washington, DC 20036
(202) 492-5098

*Counsel for National Center for Public Policy Research*

*Counsel for the State of North Dakota*

**James Stuart Baehr**
Pelican Institute for Public Policy
Suite 900
400 Poydras Street
New Orleans, LA 70130
(504) 500-0506

**Jacob H. Huebert**
**James McQuaid**
**Jeffrey Michael Schwab**
Liberty Justice Center
Building 2
13341 W. U.S. Highway 290
Austin, IL 78737
(312) 637-2280

*Counsel for National Legal and Policy Center, Oil and Gas Workers Association*