Nos. 24-1522, -1624, -1626, -1627, -1628, -1631, -1634, -1685, and -2173

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF IOWA, ET AL.,

*Petitioners,*

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors.*

# MOTION FOR WITHDRAWAL OF COUNSEL

Please take notice that Larry J. Obhof will be ending his employment with Shumaker, Loop & Kendrick, LLP, and hereby moves to withdraw his appearance as counsel for *amicus curiae* the Ohio Chamber of Commerce in the above-captioned consolidated matters. The Ohio Chamber of Commerce will continue to be represented by Mark D. Wagoner of Shumaker, Loop & Kendrick, LLP.

Dated: July 19, 2024                    Respectfully submitted,

*/s/ Larry J. Obhof*
Larry J. Obhof
Mark D. Wagoner
Shumaker, Loop & Kendrick, LLP
41 South High Street
Suite 2400
Columbus, OH 43215
(614) 463-9441

*Counsel for Amicus Curiae*
*Ohio Chamber of Commerce*

# **CERTIFICATE OF COMPLIANCE**

This motion to withdraw complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because it contains 60 words, excluding the parts of the motion exempted. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

I further certify that this PDF has been scanned for viruses and no viruses were detected.

/s/*Larry J. Obhof*
Larry J. Obhof

*Counsel for Amicus Curiae*
*Ohio Chamber of Commerce*

3
31052264v1

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on July 19, 2024, and service will be accomplished by the CM/ECF system.

*/s/Larry J. Obhof*
Larry J. Obhof

*Counsel for Amicus Curiae*
*Ohio Chamber of Commerce*
