# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 15, 2024

Katherine Pringle
FRIEDMAN & KAPLAN
28th Floor
7 Times Square
New York, NY 10036-6516

RE: 24-1522 State of Iowa, et al v. SEC
24-1624 Liberty Energy, Inc., et al v. SEC
24-1626 Texas Alliance of Energy Producers, et al v. SEC
24-1627 State of Louisiana, et al v. SEC
24-1628 Chamber of Commerce of the U.S.A., et al v. SEC
24-1631 OH Bureau of Workers' Comp., et al v. SEC
24-1634 State of West Virginia, et al v. SEC
24-1685 National Legal & Policy Center, et al v. SEC
24-2173 National Center for Public Policy Research v. SEC

Dear Counsel:

The amicus curiae brief of the amicus Institutional Investors in support of the respondent has been filed. If you have not already done so, please complete and file an Appearance form **separately in each case**. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Maureen W. Gornik
Acting Clerk of Court

BNW

Enclosure(s)

cc: Alexander Abdo
 Jacob M. Abrahamson
 Jorge Benjamin Aguinaga

Aletheia V.P. Allen
Philip J. Axt
Tyler S. Badgley
James Stuart Baehr
John M Baker
Megan Barbero
James A. Barta
Brian J. Bartow
Jonathan Bashi
Jeanette Marie Bazis
Jonathan Andrew Berry
Thomas Arthur Berry
Grady J. Block
Jonathan Bond
Jean Paul Bradshaw II
Nicholas J. Bronni
Michael Blandford Buschbacher
Geoffrey Cajigas
Alison Carney
Christopher Michael Carr
Alex Certo
Christian Brian Corrigan
Vanessa Countryman
Leon F. DeJulius Jr.
Joshua Divine
Liz Dougherty
Lynn Fitch
Noel J. Francisco
Brian R. Frazelle
Thomas Elliot Gaiser
Kevin Michael Gallagher
Samuel R. V. Garland
Paul Garrahan
Garry M. Gaskins II
Steven J. Goldstein
Donald L.R. Goodson
Brianne Jenna Gorod
William Grantham
Heather Gebelin Hacker
Stephen Wright Hall
Tracey A. Hardin
Neville S Hedley
Whitney D. Hermandorfer
Benjamin J. Hofmeister
Nessa Horewitch Coppinger
Allen Huang
Jacob H. Huebert
Paul Whitfield Hughes III
Michele Ann Hunton
Alan M. Hurst
Thomas T. Hydrick
Dylan L. Jacobs

Jason E. James
Julia Erica Jonas-Day
Daryl L. Joseffer
Nandan M. Joshi
Abhishek S. Kambli
Glenn S. Kaplan
Vanessa L. Kassab
Jared M. Kelson
Shayln Kettering
Erica Klenicki
Yuriy Korol
Alex Kozinski
Wyatt Tiffany Kozinski
Stephanie Krent
Ramya Krishnan
Matthew F. Kuhn
Edmund G. LaCour Jr.
Jennifer L. Lewis
Sheng Tao Li
Ivan L. London
Traci L. Lovitt
Brinton Lucas
Andrew Lyons-Berg
Victor B. Maddox
Justin L. Matheny
Brian C. McCarty
R. Trent McCotter
Charles David McGuigan
James McQuaid
William Milks
Michael E. Moody
Nicolas Morgan
Andrew Joseph Morris
Bradley J. Motl
Elizabeth B. Murrill
Scott Lawrence Nelson
Caleb Orr
Christopher Pagliarella
Kevin R. Palmer
Bridget Pals
Autumn Hamit Patterson
Rachel K. Paulose
Ken Paxton
Michael David Pepson
James H. Percival
Stephen John Petrany
Ashwin P. Phatak
Michael Andrew Piazza
Stanford Purser
John Robert Rady
Ewan C. Rayner
Sarah M. Reyneveld

James Matthew Rice
Brian Alan Richman
Justina K. Rivera
Timothy Rosenberger
Eugene Scalia
Ryan Schelhaas
Max E. Schulman
Jennifer J. Schulp
Jeffrey Michael Schwab
Ilya Shapiro
Erin Shortell
Brett A. Shumate
Howard F. Sidman
Kaelah M. Smith
Mathura Sridharan
Daniel Staroselsky
Heidi Parry Stern
Grant Donald Strobl
Peter N. Surdo
Michael A. Tilghman II
David Christian Tryon
Joshua N. Turner
Patrick Cannon Valencia
Andrew N. Vollmer
Mark D. Wagoner Jr.
Luke A. Wake
Eric H. Wessan
John Marc Wheat
Brady C. Williams
Michael Ray Williams
Wesley Scott Williams
Thomas A. Wilson
Elizabeth B. Wydra
Katherine C. Yarger
Hannah Yindra
Jess Zalph

    District Court/Agency Case Number(s):  Release No 33-11275
    Release No 34-99678
    File No. S7-10-22