# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Iowa vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 **for the following party(s): (please specify)**

Public Citizen

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Scott L. Nelson     s/: Scott L. Nelson

Firm Name: Public Citizen Litigation Group

Business Address: 1600 20th Street NW

City/State/Zip: Washington, DC 20009

Telephone Number (Area Code): 202-588-7724

Email Address: snelson@citizen.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 8/15/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: