Nos. 24-1522, 24-1264, 24-1626, 24-1627, 24-1628,
24-1631, 24-1634, 24-1685 and 24-2173

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF IOWA, ET AL.,

*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors*.

Petition for Review of an Order of the
United States Securities and Exchange Commission

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF FORMER SEC OFFICIALS AND SCHOLARS OF LAW, FINANCE AND ECONOMICS IN SUPPORT OF RESPONDENT**

Daniel Hume
Thomas W. Elrod
Lauren Wands
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
(212) 317-2300

*Counsel for Amici Curiae*
*Former SEC Officials and Scholars of Law, Finance and Economics*

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

1. Pursuant to Rule 29(b) of the Federal Rules of Appellate Procedure, Former SEC Officials and Scholars of Law, Finance and Economics hereby move for leave to file a brief as amici curiae in support of Respondent, the United States Securities and Exchange Commission. The prospective amici curiae have sought consent for this filing from parties' counsel. The Petitioners and Respondent have consented. The proposed amicus brief is filed herewith.

2. Movants include eight former Chairs, Acting Chairs, Commissioners, General Counsel, and Division Directors of the United States Securities and Exchange Commission (the "SEC") who served during both Republican and Democratic administrations, and 25 of the nation's most senior practitioners and scholars of securities law. Movants write solely to convey to the Court the broad, bipartisan consensus regarding the SEC's longstanding exercise of its statutory authority to require disclosure related to environmental matters.

For the foregoing reasons, the Former SEC Officials and Scholars of Law, Finance and Economics respectfully request leave to file the brief of amici curiae.

Dated: August 15, 2024

Respectfully submitted,

*s/ Thomas W. Elrod*
Daniel Hume
Thomas W. Elrod
Lauren Wands
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 317-2300
Facsimile: (212) 751-2540
dhume@kmllp.com
telrod@kmllp.com
lwands@kmllp.com

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing Motion complies with Fed. R. App. P. 27(a) and the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 177 words.

The undersigned further certifies that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally-spaced typeface using Microsoft Word Version 2016 in Times New Roman 14 point font.

Dated: August 15, 2024

*s/ Thomas W. Elrod*
Thomas W. Elrod
Attorney for Amici

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2024, an electronic copy of the Motion was filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. The undersigned also certifies that all participants are registered CM/ECF users and that service of the Motion will be accomplished by the CM/ECF system.

*s/ Thomas W. Elrod*
Thomas W. Elrod