# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1522

State of Iowa, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent


No: 24-1624

Liberty Energy, Inc. and Nomad Proppant Services, LLC

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1626

Texas Alliance of Energy Producers and Domestic Energy Producers Alliance

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1627

State of Louisiana, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1628

Chamber of Commerce of the United States of America, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1631

Ohio Bureau of Workers' Compensation, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1634

State of West Virginia, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1685

National Legal and Policy Center and Oil and Gas Workers Association

Petitioners

v.

United States Securities and Exchange Commission

Respondent

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-2173

National Center for Public Policy Research

Petitioner

v.

United States Securities and Exchange Commission

Respondent

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

---

Petitions for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

---

**ORDER**

Carbon Offset Experts, and Former SEC Officials and Scholars of Law, Finance and Economics have filed motions for permission to file amici briefs and have tendered proposed amici briefs on behalf of respondent. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motions. If at the end of that time no objections have been filed, the motions will be granted, and the briefs will be filed.

August 16, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik