# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: STATE OF IOWA, ET AL. v. UNITED STATES SECURITIES AND EXCHANGE COMMISION

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 for the following party(s): (please specify)

AMICUS PARTIES UNITED STATES SENATE AND HOUSE OF REPRESENTATIVES MEMBERS SENATORS SHELDON WHITEHOUSE AND BRIAN SCHATZ, AND REPRESENTATIVES SEAN CASTEN AND JUAN VARGAS

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Mark I. Bronson    s/: Mark I. Bronson

Firm Name: Newman Bronson & Wallis

Business Address: 2300 West Port Plaza Dr.

City/State/Zip: St. Louis, Missouri 63146

Telephone Number (Area Code): 314-878-8200

Email Address: mbronson@newmanbronson.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/16/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: