Case No. 24-1522 and all consolidated cases: Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and 24-2173

In the

# United States Court of Appeals
### for the Eighth Circuit
_____

STATE OF IOWA, ET AL.
*Petitioners,*

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
*Respondent,*

DISTRICT OF COLUMBIA, ET AL.
*Intervenors.*
_____

On Petitions for Review of an Order of the
Securities and Exchange Commission
_____

**CERTIFICATE OF COMPLIANCE FOR MOTION OF UNITED STATES SENATE AND HOUSE OF REPRESENTATIVES MEMBERS SENATORS SHELDON WHITEHOUSE AND BRIAN SCHATZ, AND REPRESENTATIVES SEAN CASTEN AND JUAN VARGAS FOR LEAVE TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF RESPONDENT THE SECURITIES AND EXCHANGE COMMISSION (SEC)**
_____

| | |
|---|---|
| MARK I. BRONSON | GERSON H. SMOGER, Ph.D. |
| *Counsel of Record* | SMOGER & ASSOCIATES |
| NEWMAN BRONSON & WALLIS | 4228 Hallmark Dr. |
| 2300 Westport Plaza Drive | Dallas, TX 75229 |
| St. Louis, MO 63146 | (510) 531-4529 |
| (314) 878-8200 | gerson@texasinjurylaw.com |
| mbronson@newmanbronson.com | |

*Counsel for Amici Curiae*

Movants, by their attorney, certify that their MOTION OF UNITED STATES SENATE AND HOUSE OF REPRESENTATIVES MEMBERS SENATORS SHELDON WHITEHOUSE AND BRIAN SCHATZ, AND REPRESENTATIVES SEAN CASTEN AND JUAN VARGAS FOR LEAVE TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF RESPONDENT THE SECURITIES AND EXCHANGE COMMISSION (SEC) complies with Rule 27, Federal Rules of Appellate Procedure, and further state:

The motion contains 419 words.

The motion complies with the typeface and type style requirements because: the motion was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft Office 365 with Times New Roman 14 point font.

I further certify that the motion was scanned for viruses and is virus-free.

1

Respectfully submitted,

*/s/ Mark I. Bronson*

Mark I. Bronson
   *Counsel of Record*
NEWMAN BRONSON & WALLIS
2300 Westport Plaza Drive
St. Louis, MO 63146 (314) 878-8200
mbronson@newmanbronson.com

Gerson H. Smoger, Ph.D
SMOGER & ASSOCIATES
4228 Hallmark Dr.
Dallas, TZ 75229
(510) 531-4529
gerson@texasinjurylaw.com

*Counsel for Amici Curiae*
United States Senate and House of Representatives Members Senators Sheldon Whitehouse and Brian Schatz, and Representatives Sean Casten and Juan Vargas

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2024, the foregoing document was served on all parties or their counsel of record through CM/ECF system.

Dated this August 16, 2024.

>/s/ *Mark I. Bronson*
>
> Mark I. Bronson
> NEWMAN BRONSON & WALLIS
> 2300 Westport Plaza Drive
> St. Louis, MO 63146 (314) 878-8200
> mbronson@newmanbronson.com
>
> *Counsel of Record for Amici Curiae*

3