UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Iowa, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 **for the following party(s):** (please specify)

LEGAL SCHOLARS William D. Araiza, Beau J. Baumann, J. Robert Brown Jr., C. Todd Phillips, Peter M. Shane, Peter Strauss, David C. Vladeck, Daniel E. Walters

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sarah R. Goetz  s/: Sarah R. Goetz
Firm Name: Democracy Forward Foundation
Business Address: P.O. Box 34553
City/State/Zip: Washington, D.C. 20043
Telephone Number (Area Code): (202) 448-9090
Email Address: sgoetz@democracyforward.org

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/15/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

N/A