# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

**Office of the Solicitor General**

September 24, 2024

Maureen W. Gornik, Acting Clerk of Court
United States Court of Appeals
 for the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

Re:   *State of Iowa, et al. v. SEC*, No. 24-1522 and all consolidated cases

Dear Ms. Gornik:

I am arguing counsel for intervenors the District of Columbia, Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maryland, Michigan, Minnesota, Nevada, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin. I am writing to advise the Court that I will be unavailable for argument on October 22, 2024 and November 21, 2024. I appreciate the Court's consideration.

Respectfully submitted,

/s/ Ashwin P. Phatak
ASHWIN P. PHATAK
Principal Deputy Solicitor General
Office of the Solicitor General
Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 805-7426
ashwin.phatak@dc.gov


Cc: Counsel of Record (via CM/ECF)