BRENNA BIRD
ATTORNEY GENERAL

ERIC WESSAN
SOLICITOR GENERAL



1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-823-9117
Email: eric.wessan@ag.iowa.gov
www.iowaattorneygeneral.gov

IOWA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

September 26, 2024

Maureen W. Gornik
Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

    Re: 24-1522 State of Iowa, et al v. SEC, and all consolidated cases

To Whom it May Concern:

I am arguing counsel for the Petitioners on the State-led petitions. In response to the Notice of Retention filed in the above-reference matter on September 20, 2024, I am unavailable for oral argument on the following dates:

- December 16-20, 2024
- January 15-17, 2025
- February 12-14, 2025

Thank you.

Very truly yours,

*/s/ Eric H. Wessan*

ERIC H. WESSAN
Solicitor General
1305 E. Walnut St.
Des Moines, IA 50319
(515) 823-9117
eric.wessan@ag.iowa.gov