# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1522

State of Iowa, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1624

Liberty Energy, Inc. and Nomad Proppant Services, LLC

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1626

Texas Alliance of Energy Producers and Domestic Energy Producers Alliance

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1627

State of Louisiana, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1628

Chamber of Commerce of the United States of America, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1631

Ohio Bureau of Workers' Compensation, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1634

State of West Virginia, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-1685

National Legal and Policy Center and Oil and Gas Workers Association

Petitioners

v.

United States Securities and Exchange Commission

Respondent

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

No: 24-2173

National Center for Public Policy Research

Petitioner

v.

United States Securities and Exchange Commission

Respondent

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

---

**ORDER**

The motion to expand oral argument time and allocate 15 minutes to Liberty Energy is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

September 27, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Maureen W. Gornik