# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1522

State of Iowa, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

_____

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)
_____

**ORDER**

The motion to withdraw as counsel is granted. Nicholas J. Bronni is hereby granted leave to withdraw from this case.

December 30, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik