No. 24-1522 and all consolidated cases: Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and 24-2173

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF IOWA, ET AL.,

*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors*.

## MOTION TO WITHDRAW AS COUNSEL

Please take notice that Brett A. Shumate will be departing from Jones Day effective January 17, 2025, and hereby moves to withdraw his appearance as counsel for *amicus curiae* the Business Roundtable in the above-captioned consolidated matters. The Business Roundtable will continue to be represented by Noel J. Francisco, Brinton Lucas, Christopher Pagliarella, Leon F. DeJulius, Jr., Liz Dougherty, Traci L. Lovitt, and Howard F. Sidman.

Dated: January 16, 2025

Respectfully submitted,

/s/ *Brett A. Shumate*

Brett A. Shumate
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: 202-879-3939
bshumate@jonesday.com

*Counsel for* Amicus Curiae *Business Roundtable*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it contains 66 words, excluding the parts of the motion exempted, as counted using the word-count function on Microsoft Word 365 software.

This motion complies with the typeface and type style requirements of Rule 27(d)(1)(E) because this motion has been prepared in a proportionately spaced typeface, 14-point Calisto MT.

Dated: January 16, 2025            Respectfully submitted,

                                             */s/ Brett A. Shumate*
                                             Brett A. Shumate

# EIGHTH CIRCUIT RULE 28A(h)(2) CERTIFICATION

I hereby certify that this motion has been scanned for viruses and is virus-free.

Dated: January 16, 2025                              Respectfully submitted,

                                                  */s/ Brett A. Shumate*
                                                  Brett A. Shumate

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I caused the foregoing motion to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit via the CM/ECF system. I further certify that service on all parties' counsel will be accomplished by the CM/ECF system.

Dated: January 16, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Brett A. Shumate*
　　　　　　　　　　　　　　　　　　　Brett A. Shumate