No. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, 24-2173

# In the United States Court of Appeals for the Eighth Circuit

STATE OF IOWA, ET AL.,
*Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,
*Respondent*,

DISTRICT OF COLUMBIA, ET AL.,
*Intervenors*.

**MOTION TO WITHDRAW AS COUNSEL**

Please take notice that James H. Percival is departing from the Florida Office of the Attorney General on January 16, 2025, and hereby moves to withdraw his appearance as counsel for amici curiae the States of Florida and Kansas in the above-captioned consolidated matters. The States of Florida and Kansas will continue to be represented by Allen L. Huang.

1

January 16, 2025                    Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

/s/ *James H. Percival*
JAMES H. PERCIVAL
  *Chief of Staff*
HENRY C. WHITAKER
  *Solicitor General*
ALLEN L. HUANG
  *Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*james.percival@*
  *myfloridalegal.com*

*Counsel for Amici States*

## CERTIFICATE OF COMPLIANCE

1. I certify that this motion complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2). This motion contains 59 words, excluding the parts of the motion exempted under Fed. R. App. P. 27(d)(a)(2)(B).

2. In addition, this motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook font.

3. This motion complies with the technical requirements of Local R. 28A(h) because it has been scanned for viruses and is virus-free.

<u>/s/ James H. Percival</u>
*Chief of Staff*

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of January 2025, the foregoing motion was electronically filed with the Clerk of Court for the U.S. Court of Appeals for the Eighth Circuit via the CM/ECF system. I further certify that service on all parties' counsel will be accomplished by the CM/ECF system.

/s/ *Allen L. Huang*
*Deputy Solicitor General*