Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, 24-2173

# United States Court of Appeals for the Eighth Circuit

STATE OF IOWA, ET AL.

*Petitioners*,

—v.—

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors*.

AND CONSOLIDATED CASES

ON PETITION FOR REVIEW OF AN ORDER OF
THE SECURITIES AND EXCHANGE COMMISSION

**MOTION TO WITHDRAW AS COUNSEL**

Andrew N. Vollmer respectfully moves to withdraw as counsel for amici curiae Andrew N. Vollmer and the Cato Institute in the consolidated proceedings. Mr. Vollmer is leaving his position with the Mercatus Center. Jennifer Schulp and Thomas Berry will continue to represent the amici curiae.

January 23, 2025

1

Respectfully submitted,

/s/ Andrew N. Vollmer
_____

ANDREW N. VOLLMER
MERCATUS CENTER AT GEORGE MASON UNIVERSITY
3434 Washington Boulevard
Arlington, Virginia 22201
(703) 993-4930

*Withdrawing Counsel for Amici Curiae*

JENNIFER J. SCHULP
THOMAS A. BERRY
CATO INSTITUTE
1000 Massachusetts Ave., N.W.
Washington, D.C. 20001
(202) 216-1458

*Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENT, TYPE STYLE REQUIREMENT, AND VIRUS SCAN

1. The undersigned counsel for *amici curiae* certifies pursuant to Federal Rule of Appellate Procedure 32(a)(7) that the foregoing motion contains 45 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f), according to the Word Count feature of Microsoft Word for Mac version 16.93.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Mac version 16.93 in 14-point font of Times New Roman.

3. To comply with 8th Cir. R. 28A(h)(2), the motion was scanned for viruses. The motion is virus free.

January 23, 2025

/s/ Andrew N. Vollmer
_____
Andrew N. Vollmer

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system, thereby serving all persons required to be served.

January 23, 2025

/s/ Andrew N. Vollmer
_____
Andrew N. Vollmer