# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __State of Iowa, et al.__ vs. __US Securities & Exchange Comm.__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-1522__ for the following party(s): (please specify)

> State of Nevada

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☑ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Heidi Parry Stern    s/: /s/ Heidi Parry Stern

Firm Name: Office of the Nevada Attorney General

Business Address: 1 State of Nevada Way, Suite 100

City/State/Zip: Las Vegas, NV 89119

Telephone Number (Area Code): 702-486-3420

Email Address: HStern@ag.nv.gov

### CERTIFICATE OF SERVICE

☑ I hereby certify that on __2/13/25__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: