
UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Tracey A. Hardin
202-551-5048
hardint@sec.gov

March 27, 2025

Maureen W. Gornik, Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: *State of Iowa, et al. v. SEC*, No. 24-1522, and all consolidated cases: Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and 24-2173

Dear Ms. Gornik:

The Commission writes to notify the Court and the parties of updates to the Commission's litigation position in these consolidated cases. As the Court is aware, on February 11, 2025, the Commission's Acting Chairman issued a statement regarding this litigation.[1] That statement noted, among other things, that a majority of the current Commissioners voted against the rules at issue in this litigation (the "Rules"). The statement directed Commission staff to notify the Court of these changed circumstances and to request that the Court not take any action to schedule oral argument, and it stated that the Commission would notify the Court of its determination about its positions in this litigation. The Commission submitted a letter notifying the Court of this statement, which also provided that the Commission would submit a status report to the Court no later than March 28, 2025.[2]

Since that time, the Commission has determined that it wishes to withdraw its defense of the Rules. The Court would not need to reach the petitioners' challenges based on the First Amendment or non-delegation doctrine if it sets the Rules aside on other grounds.

---

[1] *See* Letter, Doc. 5484463, No. 24-1522 (Feb. 11, 2025).

[2] *Id.*

Because Commission counsel is no longer authorized to advance the arguments presented in the Commission's response brief, the Commission yields any oral argument time back to the Court or to other parties as the Court determines.

Thank you for your consideration.

> Respectfully submitted,
>
> /s/ Tracey A. Hardin
> Tracey A. Hardin
> Solicitor
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C. 20549
> (202) 551-5048
> hardint@sec.gov
> *Counsel for Respondent*
> *Securities and Exchange Commission*

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/_____