No. 24-1522

# In the United States Court of Appeals for the Eighth Circuit

STATE OF IOWA, ET AL.,
*Petitioners,*

*v.*

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Respondent,*

DISTRICT OF COLUMBIA, ET AL.,
*Intervenors.*

On Petition for Review from the United States
Securities and Exchange Commission
(Release Nos. 33-11275; 34-99678)

## MOTION TO WITHDRAW

Grant D. Strobl, counsel for Petitioner State of Nebraska, respectfully moves this Court to withdraw as counsel of record in this matter. Mr. Strobl will depart the Office of the Attorney General. Petitioner State of Nebraska will continue to be represented by Cody S. Barnett.

Dated: August 21, 2025                Respectfully submitted.

MICHAEL T. HILGERS                    /s/ Grant D. Strobl
Attorney General of Nebraska          GRANT D. STROBL
                                      Assistant Solicitor General

Nebraska Department of Justice        grant.strobl@nebraska.gov
1445 K Street, Room 2115
Lincoln, NE 68508                     Counsel for Petitioner
Tel.: (402) 471-2683                  State of Nebraska
Fax: (402) 471-3297

2

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 45 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d)(1)(E) and Rule 32(a)(5) and the type-style requirements of Rule 27(d)(1)(E) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used to calculate the word count).

/s/ Grant D. Strobl
GRANT D. STROBL

## CERTIFICATE OF SERVICE

On August 21, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that the document has been scanned for viruses and is free of viruses.

/s/ Grant D. Strobl<br>
GRANT D. STROBL

4

Appellate Case: 24-1522     Page: 4     Date Filed: 08/21/2025 Entry ID: 5549938