IN THE
## United States Court of Appeals for the Eighth Circuit

STATE OF IOWA, ET AL.,

*Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

DISTRICT OF COLUMBIA, ET AL.,

*Intervenor-Respondents*.

On Petitions for Review of an Order and Rule
of the Securities and Exchange Commission

## PETITIONERS' CONSOLIDATED RESPONSE TO RESPONDENT'S JULY 23, 2025 STATUS REPORT

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
*Solicitor General*
PATRICK C. VALENCIA
*Deputy Solicitor General*
Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-8770
eric.wessan@ag.iowa.gov

August 25, 2025

*Counsel for State of Iowa*
*\*Additional counsel listed in*
*signature block*

The Securities and Exchange Commission issued what is likely its most expensive rule of all time. Recognizing the strength of the challenge, SEC agreed to stay enforcement of the rule during the consolidated challenge, here. And intervenors joined to defend the rule in case SEC was not inclined to do so.

All parties agree that a decision now is not advisory, so this Court continues to have jurisdiction. And as SEC reports, this case presents an "important, live controversy of national policy with critical economic and policy ramifications." Status Report of SEC (July 23, 2025) ("Status Report'), at 2, 4. The challenge to the Rule has been fully briefed since September 2024. The Court has what it needs to come to a decision. It should now proceed down that path. Until this Court acts, the parties face an impasse.

On April 24, 2025, this Court ordered Respondent SEC to answer: (1) "whether the Commission intends to review or reconsider the rules at issue"; (2) if not, "whether the Commission will adhere to the rules if the

petitions for review are denied"; and (3) if not, "why the Commission will not review or reconsider the rules at this time."

On July 23, SEC said it "does not intend to review or reconsider the Rules at this time" because "the Court's decision on the legal issues in the case would help determine the scope and need for further rulemaking." Status Report at 2, 4. SEC asked the Court to "terminate the abeyance, continue considering the parties' arguments, and exercise its jurisdiction to decide the case" Status Report at 2.

Unsatisfied, Intervenor-States assert that SEC did not answer the Court's questions. They ask for a continued abeyance "until SEC clearly indicates what it intends to do with the Rules." Intervenor-States' Response to SEC's July 23 Status Report ("Intervenor-States' Response"), at 2. Intervenor-States concede that once SEC answers the Court's questions, then this Court could decide the case. Intervenor-States' Response at 5 (There "is no reason for this Court to unnecessarily decide

this case in its current posture, at least not until SEC clarifies its responses to the Court's still-unanswered questions.").

But SEC was already clear: it will not reconsider the Rule prior to a decision from this Court. It is time for this Court to decide this case—and close the door on the Rule that exceeds SEC's authority.

Intervenor-States concede this Court continues to have jurisdiction. Intervenor-States' Response at 5–6. They do not argue the case is moot or lacks adversity. Instead, they argue a decision now would be advisory not "in a jurisdictional sense," only in a "practical sense." Intervenor-States' Response at 5. But when agencies decline to defend a rule and intervenors take up the defense, courts rule on the petition for review. *See, e.g.*, *Am. Pub. Gas Ass'n v. U.S. Dep't of Energy*, 22 F.4th 1018, 1024 (D.C. Cir. 2022).

A live issue is whether SEC had statutory authority to issue the Rule. Petitioners believe the answer is clearly no. The parties briefed that issue. And as a statutory interpretation question, federal courts will have the final word. *Loper Bright Enters. v. Raimondo*, 603 U.S. 369, 412–413 (2024). This Court's opinion will inform the next steps for all parties. And

it will do so without the need of starting over with a brand-new petition for judicial review raising similar statutory questions.

If Intervenor-States' true guiding light were efficiency, then all parties would agree that this case should be decided now, not later. As Intervenor-States describe, "[a] decision invalidating the Rules in total would render it unnecessary for SEC to take any 'next steps.'" Intervenor-States' Response at 4. That is precisely what this Court should do.

The inefficient option here is to wait to leave a ripe, fully briefed case pending as the SEC files status reports every 60 days that (again) say it will not reconsider the Rule. Status Report at 2, 4. *See, e.g.*, *Romy Hammes, Inc. v. Comm'r*, 68 T.C. 900, 911 (1977) (recognizing that "recurring and protracted litigation" on an issue produced "uncertainty [that] impairs mobility of capital, increases compliance costs, and imposes inequities").

And only last year Intervenor-States reported that they would suffer "direct, tangible injuries" unless the Court "uph[eld] the Final Rule." Mot. Int. Party Mass. *et al.*, at 12 (Apr. 3, 2024) (discussing "imminent risk of direct financial harm" depriving them of "significant economic benefits" if Rule not upheld). But this Court cannot uphold the

Rule—it cannot do anything—while the case sits in abeyance waiting for nothing to change.

Intervenor-Respondents intervened in this case to defend their interests and the Rule. They briefed the issues. And adversity remains across parties. This Court should proceed to final decision—including argument—and provide much-needed certainty to the nation's economy and publicly listed companies.

August 25, 2025

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ Eric Wessan
ERIC WESSAN
*Solicitor General*

/s/ Patrick C. Valencia
PATRICK C. VALENCIA
*Deputy Solicitor General*

Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

*Counsel for State of Iowa*

CHRISTOPHER M. CARR
Georgia Attorney General

/s/ *Stephen J. Petrany*
STEPHEN J. PETRANY
*Solicitor General*
Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

DAVE YOST
Ohio Attorney General

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN
*Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
mathura.sridharan@ohioago.gov

*Counsel for Ohio Bureau of Workers' Compensation*

JOHN B. MCCUSKEY
West Virginia Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS
*Solicitor General*
Office of the Attorney General of West Virginia

State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

STEVE MARSHALL
Alabama Attorney General

/s/ *Edmund G. LaCour Jr.*
EDMUND G. LACOUR JR.
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

TREG TAYLOR
Alaska Attorney General

/s/ *Benjamin J. Hofmeister*
BENJAMIN J. HOFMEISTER
*Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
ben.hofmeister@alaska.gov

*Counsel for State of Alaska*


TIM GRIFFIN
Arkansas Attorney General


s/ *Asher Steinberg*
ASHER STEINBERG
*Senior Assistant Solicitor*
  *General*
Office of the Arkansas Attorney
General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1051
asher.steinberg@Arkansasag.gov


*Counsel for the State of Arkansas*


RAÚL R. LABRADOR
Attorney General of Idaho


 /s/ *Alan M. Hurst*
ALAN M. HURST
*Solicitor General*
Office of the Idaho Attorney
General
P.O. Box 83720 Boise, Idaho
83720 (208) 334-2400
Alan.Hurst@ag.idaho.gov


*Counsel for State of Idaho*


THEODORE E. ROKITA
Indiana Attorney General


/s/ *James A. Barta*
JAMES A. BARTA

*Solicitor General*
Office of the Attorney General of
Indiana
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
James.Barta@atg.in.gov


*Counsel for State of Indiana*


RUSSELL COLEMAN
Kentucky Attorney General


/s/ *Matthew F. Kuhn*
MATTHEW F. KUHN
*Solicitor General*
VICTOR B. MADDOX
*Counsel for Special Litigation*
JACOB M. ABRAHAMSON
*Assistant Solicitor General*
Office of Kentucky Attorney
General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Matt.Kuhn@ky.gov
Victor.Maddox@ky.gov
Jacob.Abrahamson@ky.gov


*Counsel for the Commonwealth*
*of Kentucky*


LIZ MURRILL
Attorney General of Louisiana


/s/ *J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

*Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagaj@ag.louisiana.gov

*Counsel for State of Louisiana*

LYNN FITCH
Attorney General of Mississippi

*/s/ Justin L. Matheny*
 JUSTIN L. MATHENY
 *Deputy Solicitor General*
 Mississippi Attorney General's Office
 P.O. Box 220
 Jackson, MS 39205
 (601) 359-3680
 justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

ANDREW T. BAILEY
Missouri Attorney General

/s/ *Louis Capozzi*
 LOUIS CAPOZZI,
 *Solicitor General*
 Office of the Attorney General
 207 West High St.
 Jefferson City, MO 65101
 Phone: (573) 751-8870
 louis.capozzi@ago.mo.gov

*Counsel for the State of Missouri*

AUSTIN KNUDSEN
Montana Attorney General

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for the State of Montana*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ *Cody S. Barnett*
CODY S. BARNETT
*Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
cody.barnett@nebraska.gov

*Counsel for the State of Nebraska*

JOHN M. FORMELLA
New Hampshire Attorney General

*/s/ Samuel R.V. Garland*
SAMUEL R.V. GARLAND

*Senior Assistant Attorney General*
New Hampshire Department of Justice
1 Granite Place
Concord, NH 03301
(603) 271-3650
samuel.rv.garland@doj.nh.gov

*Counsel for State of New Hampshire*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Philip Axt*
PHILIP AXT
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505

Phone: (701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*
GENTNER DRUMMOND
Oklahoma Attorney General

/s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II
*Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921

garry.gaskins@oag.ok.gov

*Counsel for State of Oklahoma*

ALAN WILSON
South Carolina Attorney General

/s/ *Thomas T. Hydrick*
THOMAS T. HYDRICK
*Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, SC 29201
(803) 734-4127
thomashydrick@scag.gov

*Counsel for State of South Carolina*

MARTY J. JACKLEY
South Dakota Attorney General

*/s/ Paul S. Swedlund*
Paul S. Swedlund
*Solicitor General*
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
605-773-3215
paul.swedlund@state.sd.us

*Counsel for the State of South Dakota*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

/s/ J. Matthew Rice
J. MATTHEW RICE
*Solicitor General*
Office of the Attorney General
and Reporter of Tennessee
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
matt.rice@ag.tn.gov

*Counsel for the State of
Tennessee*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
*First Assistant Attorney General*
RALPH MOLINA
*Deputy First Assistant Attorney
General*
AUSTIN KINGHORN
*Deputy Attorney General for Civil
Litigation*
KELLIE E. BILLINGS-RAY
*Chief, Environmental Protection
Division*

/s/ Wesley S. Williams
WESLEY S. WILLIAMS
*Assistant Attorney General*
Office of the Attorney
General of Texas
Environmental Protection
Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012

Wesley.Williams@oag.texas.gov

*Counsel for State of Texas*

DEREK E. BROWN
Utah Attorney General

/s/ Stanford Purser
STANFORD PURSER
*Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 366-0533
spurser@agutah.gov

*Counsel for the State of Utah*

JASON MIYARES
Virginia Attorney General

/s/ Kevin M. Gallagher
KEVIN M. GALLAGHER
*Principal Deputy Solicitor
General*
Virginia Attorney General's
Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Commonwealth of
Virginia*

KEITH G. KAUTZ
Wyoming Attorney General

/s/ *Ryan Schelhaas*
RYAN SCHELHAAS
*Chief Deputy*
Office of the Attorney General of
Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*

/s/ *R. Trent McCotter*
R. TRENT MCCOTTER
JONATHAN BERRY
MICHAEL BUSCHBACHER
BOYDEN GRAY PLLC
800 Connecticut Ave. Ste. 900
Washington, DC 20006
Telephone: (202) 706-5488
tmccotter@boydengray.com

*Counsel for American Free
Enterprise Chamber of
Commerce*

/s/ *R. Trent McCotter*
R. Trent McCotter
   *Counsel of Record*
Jonathan Berry
Michael Buschbacher
Jared M. Kelson
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

Katherine C. Yarger
Lehotsky Keller Cohn LLP
700 Colorado Blvd # 407
Denver, CO 80206

*Counsel for Petitioners Liberty
Energy Inc. and Nomad
Proppant Services LLP*

/s/ *Luke A. Wake*
Luke A. Wake
   *Counsel of Record*
Cal. Bar No. 264647
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
LWake@pacificlegal.org

*Counsel for Texas Alliance of
Energy Producers and Domestic
Energy Producers Alliance*

/s/ *James Baehr*
 James Baehr
   *Counsel of Record*
 Sarah Harbison
 Pelican Institute for Public
 Policy
 400 Poydras Street, Suite
 900
 New Orleans, LA 70130
 504-475-8704
 james@pelicaninstitute.org
 sarah@pelicaninstitute.org

Jeffrey M. Schwab
Liberty Justice Center
7500 Rialto Blvd., Suite 1-
250
Austin, TX 78735
512-481-4400
jschwab@ljc.org

*Counsel for National Legal and
Policy Center and Oil and Gas
Workers Association*

/s/ Andrew J. Morris
Andrew J. Morris
   *Counsel of Record*
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
(202) 869-5210
andrew.morris@ncla.legal

*Counsel for National Center for
Public Policy Research*

Daryl Joseffer
Kevin R. Palmer
U.S. CHAMBER LITIGATION
CENTER
1615 H Street, N.W.
Washington, D.C.  20062
(202) 463-5337

*Counsel for Petitioner Chamber
of Commerce of the United States
of America*

Eugene Scalia
Jonathan C. Bond
Brian C. McCarty
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 955-8500
EScalia@gibsondunn.com

Brian A. Richman
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

*Counsel for Petitioners Chamber
of Commerce of the United States
of America, Texas Association of
Business, and Longview
Chamber of Commerce*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and Local R. 25A, I certify the following:

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 802 words, excluding those parts exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because the brief has been prepared in Century Schoolbook 14-point font using Microsoft Word for Microsoft Office 365.


August 25, 2025

*/s/ Eric Wessan*
ERIC WESSAN
*Solicitor General*

*Counsel for State of Iowa*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on August 25, 2024. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

August 25, 2025

/s/ Eric Wessan
ERIC WESSAN
*Solicitor General*

*Counsel for State of Iowa*