# Nos. 24-1522, -1624, 1626, -1627, -1628, 1631, 1634, 1685, and 2173

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

STATE OF IOWA, *et al.*,

*Petitioners,*

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *et al.*,

*Respondent*

Petition for Review of an Order of the Securities and Exchange Commission

## MOTION FOR WITHDRAWAL OF COUNSEL

Please take notice that Neville S. Hedley will be ending his employment with Amicus Curiae Hamilton Lincoln Law Institute at the end of September. Counsel hereby moves to withdraw his appearance as counsel for Amicus Curiae in the above captioned matters. Anna St. John, the president of Hamilton Lincoln Law Institute, intends to file a notice of appearance to represent Amicus Curiae in this matter.

1

Dated: September 25, 2025      Respectfully submitted,

    */s/ Neville S. Hedley*
    Neville S. Hedley
    HAMILTON LINCOLN LAW INSTITUTE
    CENTER FOR CLASS ACTION FAIRNESS
    1629 K Street, NW, Suite 300
    Washington, DC 20006
    Telephone: (312) 342-6008
    Email: ned.hedley@hlli.org

    *Counsel for Amicus Curiae*
    *Hamilton Lincoln Law Institute*

## Combined Certifications of Compliance

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B):

This motion is 65 words long, excluding the parts of the motion exempted.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

This motion has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

3. This motion complies with 8th Cir. R. 28A(h) because the PDF file has been scanned for viruses and no viruses were detected.

Dated: September 25, 2025    Respectfully submitted,

*/s/ Neville S. Hedley*
Neville S. Hedley

## Certificate of Service

I certify that on September 25, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system. All participants are registered CM/ECF users and service will be accomplished through electronic notification of the CM/ECF system.

Respectfully submitted,

*/s/ Neville S. Hedley*
Neville S. Hedley