Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, 24-2173

# United States Court of Appeals for the Eighth Circuit

STATE OF IOWA, ET AL.

*Petitioners*,

—v.—

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors*.

AND CONSOLIDATED CASES

ON PETITION FOR REVIEW OF AN ORDER OF
THE SECURITIES AND EXCHANGE COMMISSION

**MOTION TO WITHDRAW AS COUNSEL**

Jennifer J. Schulp respectfully moves to withdraw as counsel for *amici curiae* Andrew N. Vollmer and the Cato Institute in the consolidated proceedings. Mrs. Schulp is leaving her position with the Cato Institute. Thomas A. Berry will continue to represent the *amici curiae*.

1

Respectfully submitted,

*/s/Jennifer J. Schulp*
Jennifer J. Schulp
Cato Institute
1000 Massachusetts Ave. NW
Washington, DC 20001
(202) 216-1458
jschulp@cato.org
*Withdrawing Counsel for Amici Curiae*

Thomas A. Berry
Cato Institute
1000 Massachusetts Ave. NW
Washington, DC 20001
(443) 254-6330
tberry@cato.org
*Counsel for Amici Curiae*

Dated: September 25, 2025

# CERTIFICATE OF BRIEF LENGTH & VIRUS CHECK

The undersigned counsel certifies:

1. The undersigned counsel for *amici curiae* certifies pursuant to FRAP 32(a)(7) that the foregoing motion contains 45 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point front of Times New Roman.

3. Per 8th Cir. R. 28A(h)(2), this motion has been scanned and found virus free using Bitdefender Endpoint Security Tools.

> */s/Jennifer J. Schulp*
> Jennifer J. Schulp

Dated: September 25, 2025

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on September 25, 2025 she electronically filed the foregoing motion with the Clerk of the Court for the Eighth Circuit using the CM/ECF system. The undersigned also certifies that all participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/Jennifer J. Schulp*
Jennifer J. Schulp
