# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __State of Iowa__ vs. __U.S. Securities & Exchange Comm'n__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-1522__ **for the following party(s): (please specify)**

> Hamilton Lincoln Law Institute

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Anna St. John__    s/: __Anna St. John__

Firm Name: __Hamilton Lincoln Law Institute__

Business Address: __1629 K Street NW, Suite 300__

City/State/Zip: __Washington, DC 20006__

Telephone Number (Area Code): __917-327-2392__

Email Address: __anna.stjohn@hlli.org__

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on __9/26/2025__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: