# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Iowa, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 **for the following party(s): (please specify)**

State of Missouri

☐ Appellant(s)  ☑ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: John Michael Patton    s/: J. Michael Patton

Firm Name: Office of Missouri Attorney General

Business Address: 615 E. 13th Street, Suite 401

City/State/Zip: Kansas City, MO 64106

Telephone Number (Area Code): (816) 889-2250

Email Address: Michael.Patton@ago.mo.gov

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 9/29/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: