UNITED STATES COUT OF APPEALS
EIGHTH CIRCUIT

| STATE OF IOWA, et al. | ) | |
| --- | --- | --- |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| -vs- | ) | No. 24-1522 |
| | ) | |
| UNITED STATES SECURITIES AND EXHANGE COMMISSION, | ) | |
| | ) | |
| *Respondent*. | ) | |
| | ) | |

## MOTION TO WITHDRAW

Petitioner State of Missouri, by and through the undersigned counsel, respectfully requests Joshua M. Divine be withdrawn as counsel of record in this case. Good cause exists as Mr. Divine has left employment with the Office of the Missouri Attorney General. Petitioner State of Missouri will not be prejudiced by this withdrawal and will continue to be represented by William J. Seidleck who has already entered on the case.

Dated: September 29, 2025   Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ William J. Seidleck*
William J. Seidleck
 *Principal Deputy Solicitor General*
Office of Missouri Attorney General
815 Olive Street, #200

St. Louis, Missouri 63101
(573) 301-5359
William.Seidleck@ago.mo.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/ William J. Seidleck*

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook and contains 76 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

*/s/ William J. Seidleck*