# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Iowa, et al. vs. Securities and Exchange Commission

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 for the following party(s): (please specify)

State of South Dakota

[ ] Appellant(s)  [✔] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Emily M. Greco     s/: Emily M. Greco

Firm Name: Office of the Attorney General

Business Address: 1302 East SD Highway 1889, Suite 1

City/State/Zip: Pierre, SD 57501

Telephone Number (Area Code): 605-773-3215

Email Address: emily.greco@state.sd.us

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on 10-16-2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: