UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| STATE OF IOWA, et al., | ) | NO. 24-1522 |
| | ) | |
|    Petitioners, | ) | |
| | ) | NOTICE OF SUBSTITUTION OF |
| v. | ) | COUNSEL |
| | ) | |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
|    Respondent, | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
|    Intervenors. | ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that Emily M. Greco, Assistant Attorney General, provides notice of her appearance as counsel for the State of South Dakota, replacing Jonathan K. Van Patten who is no longer with the South Dakota Attorney General's Office. Emily M. Greco will serve as counsel of record for the State of South Dakota, and hereby requests copies of all further pleadings, filings, or other documents related to this matter be served upon her.

Dated this 27th day of October 2025.

                                                Respectfully Submitted,

                                                /s/ *Emily M. Greco*
                                                Emily M. Greco
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                1302 East SD Highway 1889, Suite 1
                                                Pierre, South Dakota 57501-8501
                                                Telephone: (605) 773-3215
                                                Email: Emily.Greco@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court for the Eighth Circuit Court of Appeals by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Emily M. Greco*
Emily M. Greco
Assistant Attorney General

usca_emg Securities and Exchange Commission - Notice of Substitution of Counsel (mn)