UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| STATE OF IOWA, et al., | ) | NO. 24-1522 |
| | ) | |
| Petitioners, | ) | |
| | ) | CERTIFICATE OF COMPLIANCE |
| v. | ) | |
| | ) | |
| UNITED STATES SECURITIES AND | ) | |
| EXCHANGE COMMISSION, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| et al., | ) | |
| | ) | |
| Intervenors. | ) | |

1.    I certify that the Notice of Substitution of Counsel is within the type-volume limitation provided for in Fed. R. App. P. Rule 27(d)(2) because it contains 85 words, excluding the portions exempted.

2.    I certify that the Notice of Substitution of Counsel complies with the typeface and type-style requirements of Fed R. App. P. Rule 32(a)(5) and (6) because it was prepared in a proportionally spaced typeface using Microsoft Word 2016 using Bookman Old Style typeface in 12-point type.

3.    I certify that the motion submitted herein has been scanned for viruses and that the motion is, to the best of my knowledge and belief, virus free.

Dated this 28th day of October 2025.

/s/ *Emily M. Greco*
Emily M. Greco
Assistant Attorney General
Office of the Attorney General
1302 East SD Highway 1889, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
Email: Emily.Greco@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the Eighth Circuit Court of Appeals by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Emily M. Greco*
Emily M. Greco
Assistant Attorney General