No. 24-1522 and all consolidated cases: Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and 24-2173

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF IOWA, ET AL.,

*Petitioners,*

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors.*

## MOTION TO WITHDRAW CHRISTOPHER PAGLIARELLA AS COUNSEL

Please take notice that Christopher Pagliarella will be departing from Jones Day, and hereby moves to withdraw his appearance as counsel for *amicus curiae* the Business Roundtable in the above-captioned consolidated matters. The Business Roundtable will continue to be represented by Noel J. Francisco, Brinton Lucas, Leon F. DeJulius, Jr., Liz Dougherty, Traci L. Lovitt, and Howard F. Sidman.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Brinton Lucas*
Brinton Lucas

Christopher Pagliarella
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: 202-879-3939
blucas@jonesday.com
cpagliarella@jonesday.com

*Counsel for* Amicus Curiae *Business Roundtable*

Appellate Case: 24-1522   Page: 2   Date Filed: 10/29/2025 Entry ID: 5572969

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it contains 59 words, excluding the parts of the motion exempted, as counted using the word-count function on Microsoft Word 365 software.

This motion complies with the typeface and type style requirements of Rule 27(d)(1)(E) because this motion has been prepared in a proportionately spaced typeface, 14-point Calisto MT.

Dated: October 29, 2025                     Respectfully submitted,

*/s/ Brinton Lucas*
Brinton Lucas

## EIGHTH CIRCUIT RULE 28A(h)(2) CERTIFICATION

I hereby certify that this motion has been scanned for viruses and is virus-free.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Brinton Lucas*
Brinton Lucas

Appellate Case: 24-1522  Page: 4  Date Filed: 10/29/2025 Entry ID: 5572969

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I caused the foregoing motion to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit via the CM/ECF system. I further certify that service on all parties' counsel will be accomplished by the CM/ECF system.

Dated: October 29, 2025                Respectfully submitted,

*/s/ Brinton Lucas*
Brinton Lucas