UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Iowa, et al vs. Securities and Exchange Commission

The Clerk will enter my appearance as Counsel in Appeal No. 24-1522 for the following party(s): (please specify)

State of Arkansas

[ ] Appellant(s) [✓] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Noah P. Watson s/: Noah P. Watson

Firm Name: Office of the Arkansas Attorney General

Business Address: 101 West Capitol Avenue

City/State/Zip: Little Rock, Arkansas 72201

Telephone Number (Area Code): (501) 682-1019

Email Address: noah.watson@arkansasag.gov

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 11/10/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: