IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF IOWA, et al. | PETITIONERS |
| v.    CASE NOS. 24-1522; 24-1624; 24-1626; 24-1627; 24-1628; 24-1361; 24-1634; 24-1685; 24-2173 | |
| SECURITIES AND EXCHANGE COMMISSION | RESPONDENTS |

## MOTION TO WITHDRAW

Asher Steinberg, counsel for Petitioner State of Arkansas, respectfully moves to withdraw as an attorney of record in this matter. Mr. Steinberg will be leaving the employment of the Office of the Arkansas Attorney General effective November 10, 2025. Petitioner State of Arkansas will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General

ASHER STEINBERG
  Senior Assistant Solicitor General

OFFICE OF THE ARKANSAS ATTORNEY
  GENERAL
101 W. Capitol Avenue
Little Rock, AR 72201
(501) 682-1051
Asher.Steinberg@ArkansasAG.gov

## Certificate of Compliance

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 59 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in 14-point Equity, a proportionally spaced typeface, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

/s/ Asher Steinberg
Asher Steinberg

## Certificate of Service

I certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ Asher Steinberg
Asher Steinberg