# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Iowa vs. SEC

The Clerk will enter my appearance as Counsel in Appeal No. 24-1522 for the following party(s): (please specify)

American Free Enterprise Chamber of Commerce

☐ Appellant(s)  ☑ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.

Attorney Name: Michael Buschbacher  s/: Michael Buschbacher
Firm Name: Boyden Gray PLLC
Business Address: 800 Connecticut Ave. NW, Suite 900
City/State/Zip: Washington, DC 20006
Telephone Number (Area Code): 202-955-0620
Email Address: mbuschbacher@boydengray.com

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 1/7/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: