IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al., *Petitioners*, v. U.S. SECURITIES AND EXCHANGE COMMISSION, *Respondent*. | No. 24-1522 |

## MOTION TO WITHDRAW

The undersigned attorney for Petitioner State of Idaho respectfully requests that this Court withdraw the appearances of Alan M. Hurst as counsel in the above captioned case because he is ending his service with the State of Idaho. The State of Idaho will continue to be represented by other counsel of record from the Office of the Idaho Attorney General.

Dated: January 29, 2026

Respectfully submitted,

/s/ *Alan M. Hurst*
Alan M. Hurst
Solicitor General
Office of the Idaho Attorney General
700 W. Jefferson St. Ste. 210
Boise, ID 83720
208-947-8773
alan.hurst@ag.idaho.gov

1

**CERTIFICATE OF SERVICE**

I certify that on January 29, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

>                    /s/ *Alan M. Hurst*
>                    Alan M. Hurst

**CERTIFICATE OF COMPLIANCE**

I certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 60 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). As required by Fed. R. App. P. 27(d)(1)(E), it also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font. This motion further complies with the technical requirement of Local Rule 28A(h) because it has been scanned for viruses and is virus free.

>                    /s/ *Alan M. Hurst*
>                    Alan M. Hurst