

**UNITED STATES**
# SECURITIES AND EXCHANGE COMMISSION
**100 F Street, N.E.**
**Washington, D.C. 20549**

| | |
|---|---|
| **OFFICE OF THE**<br>**GENERAL COUNSEL** | **John R. Rady**<br>**202-551-4997**<br>**radyjo@sec.gov** |

May 7, 2026

Susan E. Bindler, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re:  *State of Iowa, et al. v. SEC*, No. 24-1522, and all consolidated cases:
Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and 24-2173

Dear Ms. Bindler:

The Commission submits this letter to inform the Court that it has determined to "reconsider[] the challenged Final Rules by notice-and-comment rulemaking."  Dkt. 5557595, No. 24-1522 (Sept. 12, 2025).  Commission staff have prepared recommendations for a rulemaking to address legal and policy concerns about the Rules, including concerns that the Rules exceed the Commission's statutory authority and the costs of the Rules outweigh their benefits, and the Commission has submitted a proposed rule titled "Rescission of Climate-Related Disclosure Rules" to the Office of Information and Regulatory Affairs for review.  https://www.reginfo.gov/public/do/eoDetails?rrid=1364512.  The Commission does not intend to renew its defense of the Rules, and it will inform the Court about material developments in this proposed rulemaking.

Thank you for your consideration.

Respectfully submitted,

/s/ John R. Rady
John R. Rady
Appellate Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4997
radyjo@sec.gov
*Counsel for Respondent*
*Securities and Exchange Commission*

2

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that on  May 7, 2026 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ John R. Rady

Appellate Case: 24-1522    Page: 3    Date Filed: 05/07/2026 Entry ID: 5637380