# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Iowa    vs. Securities and Exchange Commission

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 **for the** following party(s): (please specify)

State of Rhode Island

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☑ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sarah W. Rice    s/: Sarah W. Rice

Firm Name: Rhode Island Office of the Attorney General

Business Address: 150 South Main Street

City/State/Zip: Providence, RI 02903

Telephone Number (Area Code): 401-274-4400 x. 2054

Email Address: srice@riag.ri.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 5/18/26 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: