# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Iowa, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 for the following party(s): (please specify)

State of Arizona

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☑ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Kirsten H. Engel s/: *Kirsten H. Engel* **(D.C. Bar 418333)**

Firm Name: Arizona Attorney General's Office

Business Address: 2005 North Central Avenue

City/State/Zip: Phoenix, AZ 85004

Telephone Number (Area Code): (520) 209-4020

Email Address: Kirsten.Engel@azag.gov , ENVProtect@azag.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 5/19/2026 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: