

**OFFICE OF THE**
**GENERAL COUNSEL**

**John R. Rady**
**202-551-4997**
**radyjo@sec.gov**

June 1, 2026

Susan E. Bindler, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re:     *State of Iowa, et al. v. SEC*, No. 24-1522, and all consolidated cases:
         Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and
         24-2173

Dear Ms. Bindler:

The Commission submits this letter to inform the Court that it has issued a proposed rule titled "Rescission of Climate-Related Disclosure Rules." https://www.sec.gov/files/rules/proposed/2026/33-11421.pdf.  The rule proposes to "rescind the climate-related disclosure rules adopted by the Commission in 2024," *id.* at 6, and the Commission has requested comments on this proposal within 60 days after the rule is published in the Federal Register, *id.* at 1.  Consistent with this Court's May 21, 2026 order, Doc. 5642807, No. 24-1522, the Commission will submit a separate status report on or before August 31, 2026.

Thank you for your consideration.

Respectfully submitted,

/s/ John R. Rady
John R. Rady
Appellate Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4997
radyjo@sec.gov
*Counsel for Respondent*
*Securities and Exchange Commission*

2

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on  6/1/2026          , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/John R. Rady