No. 24-1522 and all consolidated cases: Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and 24-2173

UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

STATE OF IOWA, ET AL.,

*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors*.

On Petitions for Review of an Order of the Securities and Exchange Commission

**STATUS REPORT OF THE SECURITIES AND EXCHANGE COMMISSION IN RESPONSE TO THE COURT'S MAY 21, 2026 ORDER**

The Securities and Exchange Commission respectfully submits this status report in response to this Court's May 21, 2026 order. Doc. 5642807, No. 24-1522. As the Commission previously advised the Court, on May 29, 2026, the Commission issued a proposed rulemaking to rescind through notice-and-comment rulemaking the climate-related disclosure rules that have been challenged in these consolidated cases. *See* Doc. 4636087, No. 24-1522 (Jun. 1, 2026); *Rescission of Climate-Related Disclosure Rules*, 91 Fed. Reg. 33296 (Jun. 3, 2026). The

comment period on the proposal closed on August 3, and the Commission has received 19,097 comment letters on the proposal to date. *See* https://www.sec.gov/rules-regulations/public-comments/s7-2026-19. Commission staff are reviewing the comment file and preparing recommendations for a final rule.

Respectfully submitted,


J. RUSSELL MCGRANAHAN
General Counsel

JEFFREY R. JOHNSON
Solicitor

/s/ Tracey A. Hardin
TRACEY A. HARDIN
Associate General Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5048
hardint@sec.gov

DANIEL STAROSELSKY
Assistant General Counsel

DANIEL E. MATRO
Senior Appellate Counsel

JOHN R. RADY
Appellate Counsel


August 31, 2026

## CERTIFICATES OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on 8/31/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Tracey A. Hardin