UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: State of Iowa, et al. vs. Securities and Exchange Commissio

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1522 for the following party(s): (please specify)

State of Arkansas

☐ Appellant(s) ☑ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Joseph Nelson s/: Joseph Nelson

Firm Name: Office of the Arkansas Attorney General

Business Address: 101 West Capitol Avenue

City/State/Zip: Little Rock, Arkansas 72201

Telephone Number (Area Code): (501) 682-2007

Email Address: Joseph.Nelson@ArkansasAG.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 09/17/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: