**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 24-1522

State of Iowa, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

---

**ORDER**

The motion to withdraw as counsel is granted. Noah P. Watson for State of Arkansas has been granted leave to withdraw from this case.

September 18, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler