No. 24-1522 and all consolidated cases: Nos. 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, 24-1685, and 24-2173

---

UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

---

STATE OF IOWA, ET AL.,

*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent*,

DISTRICT OF COLUMBIA, ET AL.,

*Intervenors*.

---

On Petitions for Review of an Order of the Securities and Exchange Commission

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Tracey A. Hardin, counsel for the Securities and Exchange Commission, respectfully moves to withdraw as an attorney of record in this matter. Ms. Hardin will be leaving the employment of the Commission. The Commission will continue to be represented by the other counsel of record from the Office of the General Counsel.

Respectfully submitted,

/s/ Tracey A. Hardin

TRACEY A. HARDIN
Associate General Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5048
hardint@sec.gov

September 30, 2026

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 52 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B). I also certify that this motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because it has been prepared in a proportionally spaced typeface—Times New Roman, 14 point—using Microsoft Word.

/s/ Tracey A. Hardin
Tracey A. Hardin

September 30, 2026



Appellate Case: 24-1522 Page: 3 Date Filed: 09/30/2026 Entry ID: 5689372

**CERTIFICATE OF SERVICE**
**FOR DOCUMENTS FILED USING CM/ECF**

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Tracey A. Hardin